## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLEETWOOD ACQUISITION CORP., *et al.*,[1] | Case No. 19-12330 (KG) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## HIGH COUNTRY MILLWORK, INC.
## 19-12331

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294). The mailing address for the Debtors, solely for purposes of notices and communications, is: 4076 Specialty Place, Longmont, Colorado 80504.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FLEETWOOD ACQUISITION CORP., *et al.*,[1] | Case No. 19-12330 (KG) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

Fleetwood Acquisition Corp. and its chapter 11 affiliates, the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Cases") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements", and together with the Schedules, the "Schedules and Statements") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied upon information derived from its books and records that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors, their officers, employees, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Fleetwood Acquisition Corp. (3051), Fleetwood Industries, Inc. d/b/a Fleetwood Fixtures (7530), and High Country Millwork, Inc. (7294). The mailing address for the Debtors, solely for purposes of notices and communications, is: 4076 Specialty Place, Longmont, Colorado 80504.

negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents and attorneys expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by Sean McNeal, the Debtors' Chief Financial Officer. In reviewing and signing the Schedules and Statements, Mr. McNeal relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. Mr. McNeal has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**. Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, setoff, recoupment, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule D, Schedule E/F, Statement 3, or Statement 4) by the Debtors is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

2.    **Description of Case and "as of" Information Date**. On November 4, 2019 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the

Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The asset information provided herein, except as otherwise noted, represents the asset and liability data of the applicable Debtor as of November 4, 2019**.  In some instances, the Debtors have used estimates or pro-rated amounts where actual data as of the aforementioned date was not available. The Debtors have made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statements accordingly.

3. **Basis of Presentation**.  The Schedules and Statements reflect the assets and liabilities of the applicable Debtor. For financial reporting purposes, these Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile the financial statements previously distributed to lenders, major creditors or various equity holders on an intermittent basis. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  It should also be noted that the Debtors use a cash management system through which the Debtors pay substantially all liabilities and expenses. The Debtors have used their best efforts and consistent methodology, as discussed with the U.S. Trustee during the Initial Debtor Interview, to segment any cash movements for reporting purposes; however it is possible that material misstatements are contained within the Schedules and Statements.

4. **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors; Schedules and Statements reflect net book values as of November 4, 2019, in the Debtors' books and records.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statements as they have no net book value.  The Debtors reserve the right to amend or adjust the value of each asset or liability set forth herein.

5. **Reclassification**.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6.    **Real Property and Personal Property–Leased**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including fixtures and equipment, from certain third-party lessors.  The Debtors has made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have made reasonable efforts to include lease payments on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all of its rights with respect to all such issues.

7.    **Excluded Assets and Liabilities**.  The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

8.    **Intellectual Property Rights**.  Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors reserve all rights with respect to the legal status of any and all intellectual property rights.

9.    **Executory Contracts and Unexpired Leases**.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  The Debtors reserve all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  Moreover, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

10.    **Materialman's/Mechanic's Liens**.  The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11.    **Classifications**.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F Part 1 as "priority," (c) Schedule E/F Part 2 as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

12.  **Claims Description**.  Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on each Debtor's respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.  **Causes of Action**.  Despite reasonable best efforts to identify all known assets, the Debtors may not have listed all causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under intellectual property law and/or the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14.  **Summary of Significant Reporting Policies. Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

   a)  Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   b)  Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c)  Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all of its rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid overpayment for any such liabilities.

d) <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.     **Estimates and Assumptions**.  Because of the timing of the filing, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

16.     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.     **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

18.     **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of November 4, 2019 unless otherwise noted below.

**Schedule A/B3**.  Cash values held in financial accounts are listed on Schedule A/B3 as of November 4, 2019.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing the Continuation of Intercompany Transactions, (IV) Granting Administrative Priority Status to Post-Petition Intercompany Transactions, (V) Authorizing Use of Prepetition Bank Accounts and Certain Payment Methods, and (VI) Temporarily Suspending the Requirements of 11 U.S.C. § 345(B)* [D.I. 5].

**Schedule A/B7**.  The Debtors have listed, to the best of its ability, all known deposits. Retainer payments to restructuring professionals are reflected in response to Statement 11.  It is possible the Debtors have additional deposits in the form of retainer deposits with lawyers or other professionals not listed here.  Other such retainer amounts, if any, are believed to be immaterial.

**Schedule A/B19, A/B20, and A/B21**.  Inventory, finished goods and works held by the Debtors consist of customized retail fixtures, furniture, and displays at various stages of

completion and are stated at the average of cost, determined on a first-in, first-out basis, or market (net realizable value).

**Schedule A/B25**. The amount listed represents estimated receipts of inventory by the applicable Debtor in the 20 days prior to the Petition Date based on the vendor invoice date. Nothing on Schedule A/B 25, however, is intended or shall be deemed to be a determination, or impair, prejudice, waive or otherwise affect the Debtors' rights, with respect to any asserted Claims under section 503(b)(9) of the Bankruptcy Code, and the Debtors reserves all of their rights to dispute or challenge the validity of any such Claims.

**Schedules A/B40, A/B41 and A/B50**. The values of the furniture, computers, machinery and equipment have not been adjusted to appraised values and are reflected at net book values. Actual realizable values may vary significant relative to net book values as of the Petition Date.

**Schedule A/B60 and A/B61**. Patents, copyrights, trademarks, trade secrets, and Internet domain names and websites listed in Schedules A/B60 and A/B61 have undetermined individual values on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value. Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtor reserves all rights with respect to any such issues.

**Schedule A/B73**. The Debtors maintain certain insurance policies. Additional information regarding the insurance policies listed on Schedule A/B73 is available in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Various Insurance Policies, and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Request Related Thereto* [D.I. 9].

**Schedule A/B74 and A/B75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, credits, refunds, or potential warranty Claims against their suppliers. Additionally, the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed in the Schedules. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Reference to the applicable related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any asserted liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such related documents. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract. Moreover, the Debtors have not included on Schedule D parties that may believe its Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F, Part 1**. The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserves their rights to dispute the priority status of any claim on any basis.

**Schedule E/F, Part 2**. The Debtors has used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' books and records as of the Petition Date.

The Claims listed on Schedule E/F, Part 2 arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, the Debtors' books and records do not contain clear dates for certain Claims and determining the date upon which each Claim on Schedule E/F, Part 2 was incurred or arose would be unduly burdensome and cost prohibitive. Therefore, the Debtors may not list a date for each Claim listed on Schedule E/F, Part 2.

Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases, to the extent known. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F, Part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made to ensure the accuracy of the Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and

other miscellaneous rights.   Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.   The Debtors expressly reserve the rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.   Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors reserves all rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.   The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.   Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease.   The Debtors reserve all rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

## <u>Specific Disclosures with Respect to the Debtors' Statements</u>

**<u>Statement 1</u>**.   In the normal course of business, the Debtors have reported income, and all amounts are reflected as of November 4, 2019.

**<u>Statement 3</u>**.   Statement 3 includes any disbursement or other transfer made by the applicable Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11).   All disbursements listed on Statement 3 are made through the Debtors' cash management system.

**Statement 4.**  The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be considered an "insider." Solely for purposes of preparing the Schedules and Statements, the Debtor included the following for purposes of defining "insiders:" (a) directors; (b) officers; (c) other persons who exercised control over the Debtor's operations; (d) equity holders holding in excess of 10% of the voting securities of any Debtor entity of whom the Debtors were aware; and (e) relatives of the foregoing.  The Debtors do not believe that all such Persons in these categories are in fact insiders with control over the Debtor.  Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code or otherwise.  Moreover, the Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Statement  30**.    Unless  otherwise  indicated  in  a  Debtor's  specific  response  to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

*    *    *

Fill in this information to identify the case:

Debtor name: **High Country Millwork, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **19-12331**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

1. Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

    1a. Real property:
        Copy line 88 from Schedule A/B          $0.00

    1b. Total personal property:
        Copy line 91A from Schedule A/B          $23,756,675.95

    1c. Total of all property:
        Copy line 92 from Schedule A/B          $23,756,675.95

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D          $51,271,085.75

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
        Copy the total claims from Part 1 from line 5a of Schedule E/F          $197,349.83

    3b. Total amount of claims of nonpriority amount of unsecured claims:
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F          $44,238,340.42

4. Total Liabilities
    Lines 2 + 3a + 3b          $95,706,776.00

Fill in this information to identify the case:

Debtor name: High Country Millwork, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 19-12331

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and Cash Equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. Cash on hand | |
| 2.1    Petty Cash | $1,932.86 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1    Citizens Bank | Operating Account | 2356 | $36,035.86 |

4. Other cash equivalents *(Identify all)*

| 4.1 | | $0.00 |
|---|---|---|

5. Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$37,968.72

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Insurance Bond: Capitol Specialty Insurance | $378,977.00 |
| 7.2 | Insurance Bond: Platte River Insurance | $481,833.60 |
| 7.3 | Vendor Deposit: Bodeker | $59,694.40 |
| 7.4 | Vendor Deposit: ConeXus World | $7,029.80 |
| 7.5 | Vendor Deposit: Dillmeier Enterprises Inc | $1,883.30 |
| 7.6 | Vendor Deposit: Dimension Hardwoods | $2,934.27 |
| 7.7 | Vendor Deposit: ECD Metalworks | $7,094.12 |
| 7.8 | Vendor Deposit: Envel Design | $771.50 |
| 7.9 | Vendor Deposit: Glas Pro | $2,009.00 |
| 7.10 | Vendor Deposit: Inner Global Inc | $513,000.00 |
| 7.11 | Vendor Deposit: James Blaszcyk | $138,000.00 |
| 7.12 | Vendor Deposit: JMC Manufacturing Co | $31,778.70 |
| 7.13 | Vendor Deposit: John Brooks | $12,804.00 |
| 7.14 | Vendor Deposit: Jordan Tanner | $10,812.21 |
| 7.15 | Vendor Deposit: Kinon | $13,230.00 |
| 7.16 | Vendor Deposit: KMDI | $9,126.00 |
| 7.17 | Vendor Deposit: Kuraray Europe GmbH | $383.53 |
| 7.18 | Vendor Deposit: Oldcastle Building Envelope | $2,052.40 |
| 7.19 | Vendor Deposit: Peter Marino Ltd | $648,196.63 |
| 7.20 | Vendor Deposit: Pontevedra Marble & Granite Solutions | $3,739.12 |
| 7.21 | Vendor Deposit: Shanghai Shinshop Arts & Crafts Co., Ltd | $330.00 |
| 7.22 | Vendor Deposit: Sierra Forest Products | $3,547.54 |
| 7.23 | Vendor Deposit: Visplay | $17,441.00 |
| 7.24 | Vendor Deposit: Washington Metal Fabricators | $174,300.00 |

| | | |
|---|---|---|
| 7.25 | Vendor Deposit: Weld-Wright Fabricators | $42,810.00 |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepaid Annual Bonuses (Net of Amortization) | $22,173.00 |
| 8.2 | Prepaid Bonus: Kim Cooper | $1,300.00 |
| 8.3 | Prepaid Expense: Architectural Woodwork | $495.00 |
| 8.4 | Prepaid Expense: Avalara | $4,928.00 |
| 8.5 | Prepaid Expense: Epicor | $3,081.99 |
| 8.6 | Prepaid Expense: LinkedIn | $2,163.75 |
| 8.7 | Prepaid Expense: Solve IT Solutions | $10,284.64 |
| 8.8 | Prepaid Expense: Synergis | $6,226.67 |
| 8.9 | Prepaid Expense: Widom Associates | $900.00 |
| 8.10 | Prepaid Expense: Widom Associates | $3,600.00 |
| 8.11 | Prepaid Insurance and Health Insurance | $35,234.00 |
| 8.12 | Prepaid Rent: Nicolae LLC | $6,592.50 |
| 8.13 | Prepaid Rent: UQM | $5,512.50 |

9. Total of Part 2
Add lines 7 through 8. Copy the total to line 81.

$2,666,270.17

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11. Accounts receivable | | | | | |
| 11a. | 90 days old or less: | 1,688,448.62 ____-____ face amount | 0.00 ____ doubtful or uncollectible accounts | = ........ | $1,688,448.62 |
| 11b. | Over 90 days old: | 386,108.85 ____-____ face amount | 212,740.90 ____ doubtful or uncollectible accounts | = ........ | $173,367.95 |

12. Total of Part 3

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,861,816.57

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. Mutual funds or publicly traded stocks not included in Part 1 Name of fund or stock: | | |
| 14.1 | | $0.00 |

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:          % of ownership:

| 15.1 |  |  | $0.00 |
|---|---|---|---|

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

| 16.1 |  | $0.00 |
|---|---|---|

17. Total of Part 4

Add lines 14 through 16. Copy the total to line 83.

$0.00

**Part 5:**    **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1    Raw Materials | Weekly or Daily Cycle Counts | $1,438,905.29 | Net Book Value | $1,438,905.29 |
| **20. Work in progress** | | | | |
| 20.1    Value Added | Weekly or Daily Cycle Counts | $115,174.62 | Net Book Value | $115,174.62 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1    | | $ | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1    | | $ | | $0.00 |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$1,554,079.91

24. Is any of the property listed in Part 5 perishable?

☑ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☑ Yes        Book value    $727,669.95        Valuation method    Book Value        Current value    $727,669.95

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| 28.1 | $ | | $0.00 |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | $ | | $0.00 |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 30.1 | $ | | $0.00 |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 31.1 | $ | | $0.00 |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| 32.1 | $ | | $0.00 |

33. Total of Part 6

Add lines 28 through 32. Copy the total to line 85.

$0.00

34. Is the debtor a member of an agricultural cooperative?

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☑ No

    ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☑ No

☐ Yes    Book value    $_____    Valuation method _____    Current value    $_____

36. Is a depreciation schedule available for any of the property listed in Part 6?

☑ No

☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 39.1    Included in Schedule A/B, Question 41 under "Office Equipment & Furnishings (Net)" | $ | | $0.00 |
| 40. Office fixtures | | | |
| 40.1    Included in Schedule A/B, Question 41 under "Office Equipment & Furnishings (Net)" | $ | | $0.00 |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 41.1    Office Equipment & Furnishings (Net) | $14,824.34 | Net Book Value | $14,824.34 |
| 41.2    Software (Net) | $89,420.99 | Net Book Value | $89,420.99 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $0.00 |

43. Total of Part 7

Add lines 39 through 42. Copy the total to line 86.

$104,245.33

44. Is a depreciation schedule available for any of the property listed in Part 7?

☐ No

☑ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Leasehold Improvements (Net) | $43,756.99 | Net Book Value | $43,756.99 |
| 50.2 Machinery & Equipment (Net) | $436,165.07 | Net Book Value | $436,165.07 |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$479,922.06

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☑ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 9:**    **Real Property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 55.1 | Headquarters: 4076 Specialty Place, Longmont, CO 80504 | Leased | $ | N/A | $0.00 |
| 55.2 | Storage: 4117 S. Valley Dr Unit A, Longmont, CO 80504 | Leased | $ | N/A | $0.00 |
| 55.3 | Storage: 4120 Specialty Place, Longmont, CO 80504 | Leased | $ | N/A | $0.00 |

56. Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. Is a depreciation schedule available for any of the property listed in Part 9?

☑ No

☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 60.1 Various Patents | $ | None | Undetermined |
| 60.2 Various Trademarks | $ | None | Undetermined |
| 61. Internet domain names and websites | | | |
| 61.1 www.highcountrymill.com | $ | None | Undetermined |
| 62. Licenses, franchises, and royalties | | | |
| 62.1 | $ | | $0.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 63.1 Customer List | $ | None | Undetermined |
| 64. Other intangibles, or intellectual property | | | |
| 64.1 LinkedIn - High Country | $ | None | Undetermined |

65. Goodwill

65.1 _____   $ _____   _____   $0.00

66. Total of Part 10.

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No

☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 11:** All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. Notes receivable
Description (include name of obligor)

71.1 _____   _____   -   _____   =   $0.00

                     total face amount                                doubtful or uncollectible
amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____   Tax year _____   $0.00

**73. Interests in insurance policies or annuities**

73.1 _____   $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____   $0.00

Nature of Claim _____

Amount requested $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____   $0.00

Nature of Claim _____

Amount requested $_____

**76. Trusts, equitable or future interests in property**

76.1 _____   $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 Intercompany Receivable from Fleetwood Industries, Inc.   $17,051,152.96

77.2 Supplier Trade Credit Balance of Fleetwood   $134.00

77.3 Supplier Trade Credit Balance of Hitlights.com   $533.52

77.4 Supplier Trade Credit Balance of Peter Marino Ltd   $143.75

77.5 Supplier Trade Credit Balance of Rejuvenation   $408.96

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $17,052,373.19

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $37,968.72 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $2,666,270.17 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $1,861,816.57 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $1,554,079.91 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $104,245.33 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $479,922.06 | |
| 88. Real property. Copy line 56, Part 9. | | $0.00 |
| 89. Intangibles and intellectual property.. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | $17,052,373.19 | |

91. Total. Add lines 80 through 90 for each column    91a. $23,756,675.95     91b. $0.00

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92.    $23,756,675.95

Fill in this information to identify the case:

Debtor name: High Country Millwork, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 19-12331

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

**Part 1:    List Creditors Who Have Claims Secured by Property**

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

2. List creditors who have secured claims.If a creditor has more than one secured claim, list the creditor separately for each claim.

| Column A | Column B |
|---|---|
| Amount of Claim | Value of collateral that supports this claim |
| Do not deduct the value of collateral. | |

**2.1**

Creditor's name and mailing address
FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO, 80302

Date debt was incurred?

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to the lien:
Substantially All Assets

Describe the lien
Prepetition credit agreement

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$51,271,085.75          $Undetermined

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$51,271,085.75

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT 06901 | 2.1 | |

Fill in this information to identify the case:

Debtor name: High Country Millwork, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 19-12331

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1  Priority creditor's name and mailing address

ABDOLLAHZADE, SANAY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: $2,093.38    Priority amount: $2,093.38

2.2  Priority creditor's name and mailing address

ALABAMBA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _8_ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: $Undetermined    Priority amount: Undetermined

2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $Undetermined | Undetermined

ALASKA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,257.56 | $2,257.56

ALDAY, GUSTAVO

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $Undetermined | Undetermined

ARIZONA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $Undetermined | Undetermined

ARKANSAS SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
- ☑ No
- ☐ Yes

2.7   Priority creditor's name and mailing address

ATCHLEY, KEVIN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,125.31          $2,125.31

2.8   Priority creditor's name and mailing address

AVDEM, LISA

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,599.22          $3,599.22

2.9   Priority creditor's name and mailing address

BARTOL, JOSEPH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,276.52          $2,276.52

2.10   Priority creditor's name and mailing address

BAUMGARTNER, STEPHEN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,734.62          $2,734.62

2.11   Priority creditor's name and mailing address

BERGERON, COREY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:          $1,946.41          $1,946.41
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

2.12   Priority creditor's name and mailing address

BIEDERMAN, TRAVIS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:          $1,713.9          $1,713.9
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

2.13   Priority creditor's name and mailing address

BOO, KEVIN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:          $4,147.56          $4,147.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Sales Commission Claim

Is the claim subject to offset?

☑ No

☐ Yes

2.14   Priority creditor's name and mailing address

BOROUGH, DAVID

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:          $2,500.38          $2,500.38
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

2.15 Priority creditor's name and mailing address

BOWMAN, ASHLEY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,576.92          $2,576.92

---

2.16 Priority creditor's name and mailing address

BROWN, LUCAS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$4,167.63          $4,167.63

---

2.17 Priority creditor's name and mailing address

BURKAMP, KRISTEN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Sales Commission Claim

Is the claim subject to offset?

☑ No

☐ Yes

$39.29          $39.29

---

2.18 Priority creditor's name and mailing address

CALIFORNIA FRANCHISE TAX BOARD

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.19    Priority creditor's name and mailing address

CALIFORNIA SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No

☐ Yes

$Undetermined          Undetermined

---

2.20    Priority creditor's name and mailing address

CALIFORNIA STATE BOARD OF EQUALIZATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No

☐ Yes

$Undetermined          Undetermined

---

2.21    Priority creditor's name and mailing address

CARDONA-CALDERON, JESUS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,226.51          $2,226.51

---

2.22    Priority creditor's name and mailing address

CITY OF DRIGGS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No

☐ Yes

$Undetermined          Undetermined

2.23   Priority creditor's name and mailing address

CITY OF LAVA HOT SPRINGS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.24   Priority creditor's name and mailing address

CITY OF STANLEY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.25   Priority creditor's name and mailing address

CITY OF SUN VALLEY LOCAL TAX OPTION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.26   Priority creditor's name and mailing address

COLORADO DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.27    Priority creditor's name and mailing address

COLORADO DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.28    Priority creditor's name and mailing address

COLORADO SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.29    Priority creditor's name and mailing address

COMPTROLLER OF MARYLAND

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.30    Priority creditor's name and mailing address

CONNECTICUT DEPARTMNET OF REVENUE SERVICES

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.31 Priority creditor's name and mailing address

COOPER, KIMBERLY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,846.16          $3,846.16

2.32 Priority creditor's name and mailing address

CRESPO, JOSE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,238.88          $1,238.88

2.33 Priority creditor's name and mailing address

CULLEY, JOSEPH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Sales Commission Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,337.71          $3,337.71

2.34 Priority creditor's name and mailing address

CUNNINGHAM, SHELBY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,748.7          $1,748.7

2.35    Priority creditor's name and mailing address

CURTIS, DAVID

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$5,576.93      $5,576.93

---

2.36    Priority creditor's name and mailing address

DARNELL, PATRICK

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,833.04      $2,833.04

---

2.37    Priority creditor's name and mailing address

DAVENPORT, DARELL

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00      $2,500.00

---

2.38    Priority creditor's name and mailing address

DAVIDS, ZACHARY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,720.93      $2,720.93

**2.39** Priority creditor's name and mailing address

DAVIS, JERRY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,182.66          $2,182.66

---

**2.40** Priority creditor's name and mailing address

DELAWARE DIVISION OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

**2.41** Priority creditor's name and mailing address

DENVER DEPARTMENT OF FINANCE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

**2.42** Priority creditor's name and mailing address

DEPARTMENT OF THE TREASURY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.43  Priority creditor's name and mailing address

DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.44  Priority creditor's name and mailing address

DIVISION OF CORPORATIONS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.45  Priority creditor's name and mailing address

DREWES, RALPH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,933.85          $2,933.85

---

2.46  Priority creditor's name and mailing address

EMCH, ARNOLD

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$1,899.26          $1,899.26

**2.47**  Priority creditor's name and mailing address

FLETCHER, BRIAN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,873.35          $1,873.35

---

**2.48**  Priority creditor's name and mailing address

FLORIDA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

---

**2.49**  Priority creditor's name and mailing address

FLORIDA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

---

**2.50**  Priority creditor's name and mailing address

FLORIDA SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

2.51    Priority creditor's name and mailing address

FRANCHISE TAX BOARD

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined                    Undetermined

2.52 Priority creditor's name and mailing address

GAYTAN, FRANCISCO

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$4,450.46          $4,450.46

2.53 Priority creditor's name and mailing address

GEORGIA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

2.54 Priority creditor's name and mailing address

GINGRICH, JEFF

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,464.69          $2,464.69

2.55 Priority creditor's name and mailing address

GORDILLO, FELIPE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,788.51          $2,788.51

2.56    Priority creditor's name and mailing address

GUTIERREZ, JOSE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,798.73          $2,798.73

2.57    Priority creditor's name and mailing address

HAWAII STATE DEPARTMENT OF TAXATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No

☐ Yes

$Undetermined       Undetermined

2.58    Priority creditor's name and mailing address

HENDERSON, MARK

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$1,954.52          $1,954.52

2.59    Priority creditor's name and mailing address

HIDALGO, MARCOS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,451.62          $2,451.62

2.60  Priority creditor's name and mailing address

IDAHO STATE TAX COMMISION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.61  Priority creditor's name and mailing address

ILLINOIS DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.62  Priority creditor's name and mailing address

ILLINOIS DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.63  Priority creditor's name and mailing address

ILLINOIS SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.64    Priority creditor's name and mailing address

INDIANA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.65    Priority creditor's name and mailing address

INTERNAL REVENUE SERVICE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.66    Priority creditor's name and mailing address

IOWA SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.67    Priority creditor's name and mailing address

JASMUND, GARY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$3,752.00          $3,752.00

2.68 Priority creditor's name and mailing address

JEFFERSON DAVIS PARISH SALES & USE TAX OFFICE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

2.69 Priority creditor's name and mailing address

JOHNSON JR, KENNETH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,081.5          $2,081.5

2.70 Priority creditor's name and mailing address

JOHNSON, ALLEN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,949.2          $1,949.2

2.71 Priority creditor's name and mailing address

KANSAS DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

2.72  Priority creditor's name and mailing address

KENTUCKY DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.73  Priority creditor's name and mailing address

KETCHUM ID SALES TAX AUTHORITY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8  )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.74  Priority creditor's name and mailing address

LAFFERTY, LORI

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4  )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$671.55          $671.55

---

2.75  Priority creditor's name and mailing address

LAMFERS, MICHAEL

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4  )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$3,846.16          $3,846.16

2.76 Priority creditor's name and mailing address

LATA BATON ROUGE LA

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.77 Priority creditor's name and mailing address

LATA BOSSIER PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.78 Priority creditor's name and mailing address

LATA CADDO PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.79 Priority creditor's name and mailing address

LATA CALCASIEU PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.80   Priority creditor's name and mailing address

LATA JEFFERSON PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.81   Priority creditor's name and mailing address

LATA LAFAYETTE PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.82   Priority creditor's name and mailing address

LATA LINCOLN PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.83   Priority creditor's name and mailing address

LATA MOREHOUSE PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.84  Priority creditor's name and mailing address

LATA ORLEANS PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined                    Undetermined

2.85  Priority creditor's name and mailing address

LATA OUACHITA PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined                    Undetermined

2.86  Priority creditor's name and mailing address

LATA RAPIDES PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined                    Undetermined

2.87  Priority creditor's name and mailing address

LATA TANGIPAHOA PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined                    Undetermined

2.88    Priority creditor's name and mailing address

LATA VERNON PARISH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined                    Undetermined

---

2.89    Priority creditor's name and mailing address

LINO, FILIMON

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$3,229.58                    $3,229.58

---

2.90    Priority creditor's name and mailing address

LINO, JUAN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,966.52                    $2,966.52

---

2.91    Priority creditor's name and mailing address

LOUISIANA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined                    Undetermined

**2.92**  Priority creditor's name and mailing address

LOUISIANA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined     Undetermined

---

**2.93**  Priority creditor's name and mailing address

LOUISIANA SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined     Undetermined

---

**2.94**  Priority creditor's name and mailing address

MAINE REVENUE SERVICES

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined     Undetermined

---

**2.95**  Priority creditor's name and mailing address

MARAIS, JOHANN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,716.25     $2,716.25

2.96 Priority creditor's name and mailing address

MASSACHUSETTS DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.97 Priority creditor's name and mailing address

MATA, LORENZO

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,544.5          $2,544.5

---

2.98 Priority creditor's name and mailing address

MEADOWS, LARRY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,788.47          $2,788.47

---

2.99 Priority creditor's name and mailing address

MICHIGAN DEPARTMENT OF TREASURY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.100   Priority creditor's name and mailing address

MINNESOTA SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.101   Priority creditor's name and mailing address

MISSIOURI DEPT. OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.102   Priority creditor's name and mailing address

MISSISSIPPI DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.103   Priority creditor's name and mailing address

MISSOURI SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.104 Priority creditor's name and mailing address

MODISHER, DUSTIN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,256.94          $2,256.94

---

2.105 Priority creditor's name and mailing address

MONTANA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.106 Priority creditor's name and mailing address

MORALES, JOSE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,755.00          $2,755.00

2.107 Priority creditor's name and mailing address

MORALES, MIGUEL

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,279.26          $2,279.26

---

2.108 Priority creditor's name and mailing address

MORRISSEY, MICHAEL

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,884.62          $2,884.62

---

2.109 Priority creditor's name and mailing address

MOSQUEDA, ADOLFO

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,604.01          $2,604.01

---

2.110 Priority creditor's name and mailing address

MOSQUEDA, MANUEL

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,219.91          $2,219.91

2.111   Priority creditor's name and mailing address

NEBRASKA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.112   Priority creditor's name and mailing address

NEVADA STATE CAPITOL BUILDING

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.113   Priority creditor's name and mailing address

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMIN.

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.114   Priority creditor's name and mailing address

NEW JERSEY DEPARTMENT OF THE TREASURY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.115 Priority creditor's name and mailing address

NEW JERSEY DIVISION OF TAXATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.116 Priority creditor's name and mailing address

NEW MEXICO SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.117 Priority creditor's name and mailing address

NEW MEXICO TAXATION AND REVENUE DEPT.

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.118 Priority creditor's name and mailing address

NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.119   Priority creditor's name and mailing address

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.120   Priority creditor's name and mailing address

NJ DIVISION OF TAXATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.121   Priority creditor's name and mailing address

NORTH CAROLINA DEPT. OF THE SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.122   Priority creditor's name and mailing address

NUNEZ, DOLORES

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,179.78          $2,179.78

2.123 Priority creditor's name and mailing address

OFFICE OF STATE TAX COMMISSONER

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined            Undetermined

---

2.124 Priority creditor's name and mailing address

OGLE, RICHARD

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$7,692.31            $7,692.31

---

2.125 Priority creditor's name and mailing address

OHIO DEPARTMENT OF TAXATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined            Undetermined

---

2.126 Priority creditor's name and mailing address

OKLAHOMA COUNTY ASSESSOR

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined            Undetermined

2.127 Priority creditor's name and mailing address

OKLAHOMA COUNTY TREASURER

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.128 Priority creditor's name and mailing address

OKLAHOMA SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.129 Priority creditor's name and mailing address

OLANDER, RANDALL

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,467.57              $2,467.57

2.130 Priority creditor's name and mailing address

OREGON DEPT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.131   Priority creditor's name and mailing address

PA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.132   Priority creditor's name and mailing address

PARVATIKAR, PAVAN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$3,326.93          $3,326.93

---

2.133   Priority creditor's name and mailing address

PENNSYLVANIA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.134   Priority creditor's name and mailing address

PENNSYLVANIA DEPT. OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.135  Priority creditor's name and mailing address

RAMIREZ, ALFREDO

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,357.12          $3,357.12

2.136  Priority creditor's name and mailing address

RAMIREZ, JOSE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,873.65          $2,873.65

2.137  Priority creditor's name and mailing address

REENTS, JEREMIAH

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,660.24          $3,660.24

2.138  Priority creditor's name and mailing address

REYNOLDS, THOMAS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$4,127.55          $4,127.55

2.139  Priority creditor's name and mailing address

RILEY, ERIN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$1,530.38          $1,530.38

---

2.140  Priority creditor's name and mailing address

RODRIGUEZ, JAMES

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,389.69          $2,389.69

---

2.141  Priority creditor's name and mailing address

RODRIGUEZ, JESUS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Sales Commission Claim

Is the claim subject to offset?

☑ No

☐ Yes

$6,393.35          $6,393.35

---

2.142  Priority creditor's name and mailing address

RODRIGUEZ, JONATHAN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,131.85          $2,131.85

2.143   Priority creditor's name and mailing address

RODRIGUEZ, RUBEN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,558.92                    $2,558.92

---

2.144   Priority creditor's name and mailing address

SCANLAN, JOSHUA

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,500.00                    $2,500.00

---

2.145   Priority creditor's name and mailing address

SCHORLE, MARK

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,854.97                    $2,854.97

---

2.146   Priority creditor's name and mailing address

SLATER, DARREN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,500.00                    $2,500.00

2.147    Priority creditor's name and mailing address

SOUTH CAROLINA DEPT. OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined                    Undetermined

2.148    Priority creditor's name and mailing address

SOUTH DAKOTA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined                    Undetermined

2.149    Priority creditor's name and mailing address

STATE OF DELAWARE DIVISION OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined                    Undetermined

2.150    Priority creditor's name and mailing address

STATE OF NEVADA

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined                    Undetermined

2.151  Priority creditor's name and mailing address

STATE OF RHODE ISLAND DIV. OF TAXATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

---

2.152  Priority creditor's name and mailing address

STATE OF WASHINGTON DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

---

2.153  Priority creditor's name and mailing address

TENNESSEE DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

---

2.154  Priority creditor's name and mailing address

TENNESSEE SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

2.155   Priority creditor's name and mailing address

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.156   Priority creditor's name and mailing address

THOMAS, ERIC

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,833.46          $2,833.46

---

2.157   Priority creditor's name and mailing address

TIBBALS, TIMOTHY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,836.92          $2,836.92

---

2.158   Priority creditor's name and mailing address

UTAH STATE TAX COMMISSION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

2.159   Priority creditor's name and mailing address

VALDEZ, JOHNNY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,907.95          $1,907.95

---

2.160   Priority creditor's name and mailing address

VERMONT DEPARTMENT OF TAXES

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

---

2.161   Priority creditor's name and mailing address

VILLALOBOS, ARISTEO

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,262.02          $2,262.02

---

2.162   Priority creditor's name and mailing address

VIRGINIA DEPARTMENT OF TAXATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$Undetermined          Undetermined

2.163  Priority creditor's name and mailing address

VISCARIELLO, STEVEN

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$3,133.49          $3,133.49

---

2.164  Priority creditor's name and mailing address

WASHINGTON SECRETARY OF STATE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

---

2.165  Priority creditor's name and mailing address

WEGNER, BART

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,681.18          $2,681.18

---

2.166  Priority creditor's name and mailing address

WERKMEISTER, ERIC

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,100.84          $2,100.84

2.167   Priority creditor's name and mailing address

WEST VIRGINIA DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No

☐ Yes

$Undetermined     Undetermined

---

2.168   Priority creditor's name and mailing address

WEST VIRGINIA STATE TAX DEPARTMENT

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No

☐ Yes

$Undetermined     Undetermined

---

2.169   Priority creditor's name and mailing address

WISCONSIN DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No

☐ Yes

$Undetermined     Undetermined

---

2.170   Priority creditor's name and mailing address

WRIGHT, TIFFANY

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Wage Claim

Is the claim subject to offset?
☑ No

☐ Yes

$1,498.98     $1,498.98

2.171   Priority creditor's name and mailing address

WYOMING DEPARTMENT OF REVENUE

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?

☑ No

☐ Yes

$Undetermined          Undetermined

**Part 2:**    List All Creditors with **NONPRIORITY** Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

**3.1** Nonpriority creditor's name and mailing address
ABLOY, PO BOX 677439, DALLAS, TX, 75267-7439

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$96.59

**3.2** Nonpriority creditor's name and mailing address
ABSOLUTE FIRST AID, 8547 E. ARAPAHOE STE. J-188, GREENWOOD VILLAGE, CO, 80112-1436

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No
☐ Yes

$900.17

**3.3** Nonpriority creditor's name and mailing address
ACCESSA DENVER, LLC, KIM ROTH ACCOUNTING, PO BOX 722, MIDDLETOWN, OH, 45044-0722

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,289.35

**3.4** Nonpriority creditor's name and mailing address
ACCURA GLASS BENDING, BRIAN MEDINSKI, 50 SNIDERCROFT ROAD, UNIT 1, CONCORD, ON, L4K2K1, CANADA

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$9,398.65

3.5    Nonpriority creditor's name and mailing address
AIRE-RIDE TRANSFER, INC., 595 SHREWSBURY AVE., STE 204,
SHREWSBURY, NJ, 07702

Date or dates debt was incurred

As of the petition filing date, the claim is:    $24,007.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.6    Nonpriority creditor's name and mailing address
AIRPRO, 3875 ELM STREET, DENVER, CO, 80207

Date or dates debt was incurred

As of the petition filing date, the claim is:    $821.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.7    Nonpriority creditor's name and mailing address
AIT GLASS, PO BOX 637, NEWFOUNDLAND, NJ, 07435

Date or dates debt was incurred

As of the petition filing date, the claim is:    $144.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.8    Nonpriority creditor's name and mailing address
ALFA 81 EXPRESS, VELIA LELLI VIA PALESTRINA, ROMA, 5 00189, ITALY

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,190.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.9 Nonpriority creditor's name and mailing address
ALLEGRO COFFEE COMPANY, 12799 CLAUDE CT., THORNTON, CO, 80241

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No
☐ Yes

$522.47

3.10 Nonpriority creditor's name and mailing address
ALLIED UNIVERSAL SECURITY, 161 WASHINGTON STREET, SUITE 600, CONSHOHOCKEN, PA, 19428

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

$314.38

3.11 Nonpriority creditor's name and mailing address
AMERICAN RENOLIT, 301 BERKELEY DRIVE SUITE B, SWEDESBORO, NJ, 08085

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$315.69

3.12 Nonpriority creditor's name and mailing address
APPLE GLASS, JIM, STEVE 5890 WASHINGTON, DENVER, CO, 80216

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$70.00

3.13  Nonpriority creditor's name and mailing address
APPLICATION & COATING SOLUTIONS, DICK SUCHOMEL, 5363 TIMBER RIDGE DRIVE, ELIZABETH, CO, 80107

Date or dates debt was incurred

As of the petition filing date, the claim is: $4,209.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.14  Nonpriority creditor's name and mailing address
ARCHER ATLANTIC GLOBAL LOGISTICS, NICK DARMANCHEV, PO BOX 420, DENVER, CO, 80201

Date or dates debt was incurred

As of the petition filing date, the claim is: $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.15  Nonpriority creditor's name and mailing address
ARCHITECTURAL DOORS INC, TAL, 3900 HOLLY STREET, DENVER, CO, 80207

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,969.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.16  Nonpriority creditor's name and mailing address
ARNOLD MACHINERY COMPANY, PO BOX 30020, SALT LAKE CITY, UT, 84130

Date or dates debt was incurred

As of the petition filing date, the claim is: $419.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Contractor Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.17  Nonpriority creditor's name and mailing address
ASTA+ LLC, LEISA OROBETS, 1/6 FROLIVSKA ST, KYIV, 04070, UKRAINE

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,736.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.18  Nonpriority creditor's name and mailing address
AUDEMARS PIGUET (NORTH AMERICA) INC., 135 E 57TH ST FL 20,
NEW YORK, NY, 10022-2050

Date or dates debt was incurred

As of the petition filing date, the claim is:          $201,375.94
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.19  Nonpriority creditor's name and mailing address
BAR ELECTRIC CO., BRETT, PO BOX 190, MEAD, CO, 80542

Date or dates debt was incurred

As of the petition filing date, the claim is:          $343.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.20  Nonpriority creditor's name and mailing address
BARTCO LIGHTING INC, JENNIFER (A/R), 5761 RESEARCH DRIVE,
HUNTINGTON BEACH, CA, 92649

Date or dates debt was incurred

As of the petition filing date, the claim is:          $3,607.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.21 Nonpriority creditor's name and mailing address
BECCA INC, SWIFT BECCA, INC., 2010 COBB INTERNATIONAL BLVD
SUITE H, KENNESAW, GA, 30152

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,243.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.22 Nonpriority creditor's name and mailing address
BECK SALES INC., RANDY REAVIS, 8435 KOSMERL PL, LONGMONT, CO,
80504

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,357.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.23 Nonpriority creditor's name and mailing address
BENCHMARK INSTALLATION, INC., 1000 JOHNNIE DODDS BLVD. STE.
103-186, MOUNT PLEASANT, SC, 29464

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $9,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.24 Nonpriority creditor's name and mailing address
BLACK HILLS ENERGY, PO BOX 6001, RAPID CITY, SD, 57709-6001

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $531.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Utility Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.25   Nonpriority creditor's name and mailing address
       BLAKE DAILY, 316 W HELEN ROAD, PALATINE, IL, 60067

       Date or dates debt was incurred

As of the petition filing date, the claim is:          $13,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.26   Nonpriority creditor's name and mailing address
       BLOOMINGDALES, 767 FIFTH AVENUE, NEW YORK, NY, 10153

       Date or dates debt was incurred

As of the petition filing date, the claim is:          $179,052.36
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.27   Nonpriority creditor's name and mailing address
       BLUE SKY SUPPLY LLC, P.O. BOX 2916, LOVELAND, CO, 80539

       Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,220.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.28   Nonpriority creditor's name and mailing address
       BOISE BUILDING SOLUTIONS, STAN JENSEN, DISTRIBUTION, LLC
       DEPARTMENT 0256, DENVER, CO, 80256-0256

       Date or dates debt was incurred

As of the petition filing date, the claim is:          $13,111.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.29    Nonpriority creditor's name and mailing address
BOISE CASCADE BMDD, C/O CASH FLOW MANAGEMENT INC., PO BOX
42407, 5530 SE CENTER ST, PORTLAND, OR, 97242

Date or dates debt was incurred

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.30    Nonpriority creditor's name and mailing address
BOULDER DENVER COURIERS, C/O SATURN SYSTEMS, 633 RUSTLERS
RD, BAILEY, CO, 80421

Date or dates debt was incurred

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.31    Nonpriority creditor's name and mailing address
BOULDER SCIENTIFIC COMPANY, ROY ISIMINGER, 4161 SPECIALTY
PLACE, LONGMONT, CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:    $286.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.32    Nonpriority creditor's name and mailing address
BREKHUS MARBLE & GRANITE, LLC, SCOTT POLAK, 123 RIO GRANDE
BLVD., DENVER, CO, 80223

Date or dates debt was incurred

As of the petition filing date, the claim is:    $39,284.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.33  Nonpriority creditor's name and mailing address
BRON TAPES OF COLORADO INC, PO BOX 5304, DENVER, CO, 80217

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $341.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.34  Nonpriority creditor's name and mailing address
BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT, 06901

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $9,932,620.36
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Brookside Subordinated Debt

Is the claim subject to offset?

☑ No

☐ Yes

3.35  Nonpriority creditor's name and mailing address
BUILDERS FIRSTSOURCE, PO BOX 74008835, CHICAGO, IL, 60674-8835

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $3,143.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.36  Nonpriority creditor's name and mailing address
BUILTRITE SOLUTIONS, RYAN RENEAU, 1615 W ABRAM ST SUITE M, ARLINGTON, TX, 76013

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $1,460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.37  Nonpriority creditor's name and mailing address
BURBERRY LIMITED, 444 MADISON AVE, NEW YORK, NY, 10022-6903

Date or dates debt was incurred

As of the petition filing date, the claim is:          $15,969.46
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.38  Nonpriority creditor's name and mailing address
BURBERRY, 444 MADISON AVE., NEW YORK, NY, 10022

Date or dates debt was incurred

As of the petition filing date, the claim is:          $3,160.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
A/R Credit

Is the claim subject to offset?
☑ No
☐ Yes

---

3.39  Nonpriority creditor's name and mailing address
C.R. LAURENCE COMPANY, 4770 JOLIET STREET, DENVER, CO, 80239

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,719.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.40  Nonpriority creditor's name and mailing address
CAPITOL LIGHT, WADE CLOW, 43 B CENTRAL ST., HUDSON, NH, 03051

Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,470.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.41   Nonpriority creditor's name and mailing address
CARBIDE.COM, ONLINE ORDERS

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $717.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No

☐ Yes

---

3.42   Nonpriority creditor's name and mailing address
CARGOTRANS, 170 E. SUNRISE HWY. VALLEY, VALLEY STREAM, NY,
11581

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $10,081.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No

☐ Yes

---

3.43   Nonpriority creditor's name and mailing address
CEFLA FINISHING AMERICA INC, 6125 HARRIS TECHNOLOGY BLVD,
CHARLOTTE, NC, 28269

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,208.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

---

3.44   Nonpriority creditor's name and mailing address
CENTRAL SHIPPEE INC, 46 STAR LAKE ROAD, BLOOMINGDALE, NJ,
07403

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $474.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.45  Nonpriority creditor's name and mailing address
CENTRAL WELD COUNTY WATER DISTRICT, 2235 2ND AVENUE, GREELY, CO, 80631

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Utility Claim

Is the claim subject to offset?
☑ No
☐ Yes

$407.4

---

3.46  Nonpriority creditor's name and mailing address
CENTURYLINK, PO BOX 91155, SEATTLE, WA, 98111-9255

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Utility Claim

Is the claim subject to offset?
☑ No
☐ Yes

$244.96

---

3.47  Nonpriority creditor's name and mailing address
CHASE INK VISA, PO BOX 6294, CAROL STREAM, IL, 60197-6294

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Credit Card Payable

Is the claim subject to offset?
☑ No
☐ Yes

$12,981.25

---

3.48  Nonpriority creditor's name and mailing address
CHOPARD 75 VALENCIA AVENUE, 75 VALENCIA AVENUE, CORAL GABLES, FL, 33134

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

$76,018.55

3.49  Nonpriority creditor's name and mailing address
CITY ELECTRIC SUPPLY CO - SW DBA COLORADO ELECTRIC SUPPLY,
C/O CASH FLOW MANAGEMENT INC., PO BOX 42407, 5530 SE CENTER
ST, PORTLAND, OR, 97242

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.50  Nonpriority creditor's name and mailing address
CITY ELECTRIC SUPPLY, 795 SOUTH SHERMAN ST., LONGMONT, CO,
80501

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $200.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.51  Nonpriority creditor's name and mailing address
CLASSIC MODUL, 5675 SE INTERNATIONAL WAY, MILWAUKIE, OR,
97222

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $320.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.52  Nonpriority creditor's name and mailing address
CML CUSTOM METAL LIMITED, 47 ORTONA COURT, CONCORD, ON, L4K
3M2, CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $168,343.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.53    Nonpriority creditor's name and mailing address
COLORADO CUSTOM STONE, ANGELA MONTOYA, 601 E. 64TH AVE.
BLDG.A, DENVER, CO, 80229

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.54   Nonpriority creditor's name and mailing address
COMMERCIAL DÉCOR GROUP, C/O HATCHER & RUNDEL, 114 PIERCE ST,
SANTA ROSA, CA, 95404

Date or dates debt was incurred

As of the petition filing date, the claim is:                        $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.55   Nonpriority creditor's name and mailing address
COMMERCIAL DÉCOR GROUP, TRAE M SEELY, 920 MENDOCINO AVE.,
SANTA ROSA, CA, 95401

Date or dates debt was incurred

As of the petition filing date, the claim is:                        $268,780.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.56   Nonpriority creditor's name and mailing address
COMTEC SOLUTIONS, 100 ELMGROVE, PARK ROCHESTER, NY, 14624

Date or dates debt was incurred

As of the petition filing date, the claim is:                        $9,047.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.57   Nonpriority creditor's name and mailing address
CONCERTEX, 108 FAIRWAY COURT, NORTHVALE, NJ, 07647

Date or dates debt was incurred

As of the petition filing date, the claim is:                        $20,888.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.58  Nonpriority creditor's name and mailing address
CONEXUS WORLD, CREATIVE REALITIES, 13100 MAGISTERIAL DR.,
SUITE 100, LOUISVILLE, KY, 40223

Date or dates debt was incurred

As of the petition filing date, the claim is:          $29,508.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.59  Nonpriority creditor's name and mailing address
CONSOLIDATED ELECTRICAL DISTRIBUTORS, PO BOX 913120, DENVER,
CO, 80291-3120

Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,463.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.60  Nonpriority creditor's name and mailing address
CRESCENT ELECTRIC SUPPLY COMPANY, C/O MILLER & LAW, P.C.,
ATTN DAVID B. LAW, 1900 WEST LITTLETON BLVD, LITTLETON, CO,
80120

Date or dates debt was incurred

As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.61  Nonpriority creditor's name and mailing address
CRESCENT ELECTRIC SUPPLY COMPANY, JOHN WINGQUIST, 1780 W
6TH AVE, DENVER, CO, 80204

Date or dates debt was incurred

As of the petition filing date, the claim is:          $8,379.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.62   Nonpriority creditor's name and mailing address
CURBELL PLASTICS INC, BENJAMIN RUSHING, 16236 EAST AIRPORT
CIRCLE STE 101, AURORA, CO, 80011

Date or dates debt was incurred

As of the petition filing date, the claim is:                     $12,804.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.63   Nonpriority creditor's name and mailing address
CUSTOM PLYWOOD, 301 QUALITY AVENUE, NEW ALBANY, IN, 47150

Date or dates debt was incurred

As of the petition filing date, the claim is:                     $1,927.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.64   Nonpriority creditor's name and mailing address
CUSTOMWARE SOLUTIONS, TIM GIESE, 229-52109 RR 224, SHERWOOD
PARK, AB, T8C 1B6, CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:                     $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Software Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.65   Nonpriority creditor's name and mailing address
D&C METALWORKS, DAVE CHRISTOPHER, PO BOX 16452, DENVER, CO,
80216

Date or dates debt was incurred

As of the petition filing date, the claim is:                     $88,835.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.66 Nonpriority creditor's name and mailing address
D&S ENTERPRISES LLC, DAN, P.O. BOX 872, FREDERICK, CO, 80530-0872

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.67 Nonpriority creditor's name and mailing address
DARANT DISTRIBUTING CORP, MARCI WARNER, 1832 E 68TH AVE, DENVER, CO, 80229

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $18,947.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.68 Nonpriority creditor's name and mailing address
DAVID YURMAN, ATTN SHIKHA BERRY-DAROOKA, 24 VESTRY STREET, NEW YORK, NY, 10013

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $120,542.38
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.69 Nonpriority creditor's name and mailing address
DENVER ART MUSEUM, ATTN RON ANSEL, 100 W. 14TH AVENUE PARKWAY, DENVER, CO, 80204

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $109,357.29
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.70   Nonpriority creditor's name and mailing address
DENVER BOULDER COURIERS, 1898 S. FLATIRON CT. SUITE 220,
BOULDER, CO, 80301

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,140.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.71   Nonpriority creditor's name and mailing address
DENVER GLASS INTERIORS, 1600 WEST EVANS AVE, UNIT A,
ENGLEWOOD, CO, 80110

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $21,970.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.72   Nonpriority creditor's name and mailing address
DENVER HARDWARE, 485 OSAGE STREET, DENVER, CO, 80204

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $450.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.73   Nonpriority creditor's name and mailing address
DENVER PROPANE EXCHANGE, PO BOX 807, COMMERCE CITY, CO,
80037

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $325.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Utility Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.74  Nonpriority creditor's name and mailing address
DEPENDABLE GLASS & MIRROR CORP, 112 12TH STREET, BROOKLYN,
NY, 11215

Date or dates debt was incurred

As of the petition filing date, the claim is:      $1,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.75  Nonpriority creditor's name and mailing address
DIAMOND VOGEL, PO BOX 380, ORANGECITY, IA, 51041

Date or dates debt was incurred

As of the petition filing date, the claim is:      $730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.76  Nonpriority creditor's name and mailing address
DILLMEIER ENTERPRISES INC, PHYLLIS COOPER, 2903 INDUSTRIAL
PARK ROAD VAN, BUREN, AR, 72956

Date or dates debt was incurred

As of the petition filing date, the claim is:      $53,887.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.77  Nonpriority creditor's name and mailing address
DIMENSION HARDWOODS, 415 INDUSTRIAL BLVD., NEW ALBANY, IN,
47150

Date or dates debt was incurred

As of the petition filing date, the claim is:      $11,553.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.78 Nonpriority creditor's name and mailing address
DIVERSIFIED KITCHENS, 43 HUNTINGTON PLAZA STREET, SHELTON, CT, 06484

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$8,480.00

3.79 Nonpriority creditor's name and mailing address
DIVISION 8 SPECIALTY HARDWARE, 380 BELL HILL ROAD, MIDDLEBURGH, NY, 12122

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,173.27

3.80 Nonpriority creditor's name and mailing address
DOUG MOCKETT & CO INC, PO BOX 3333, MANHATTAN BEACH, CA, 90266

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$922.47

3.81 Nonpriority creditor's name and mailing address
DRAWER CONNECTION INC., 1936 N HIGLEY RD, MESA, AZ, 85205

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$100.75

3.82 Nonpriority creditor's name and mailing address
E-470 PUBLIC HIGHWAY AUTHORITY, P.O. BOX 5470, DENVER, CO, 80217-5470

Date or dates debt was incurred

As of the petition filing date, the claim is:          $19.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Tolls Claim

Is the claim subject to offset?

☒ No

☐ Yes

3.83 Nonpriority creditor's name and mailing address
EDGEBANDING SERVICES INC, CUST# HIG19 828 W. COENEGA AVENUE, SAN DIMAS, CA, 91773

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,254.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☒ No

☐ Yes

3.84 Nonpriority creditor's name and mailing address
EINBAU LTD., PETER DYCK, 610 BEECH STREET WEST, WHLTBY, ON, L1N 7T8, CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:          $5,747.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?

☒ No

☐ Yes

3.85 Nonpriority creditor's name and mailing address
EKLIPSE LIGHTING, 2090 RUE MOREAU SUITE 100, MONTREAL, QC, H1W2M3, CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,362.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☒ No

☐ Yes

3.86    Nonpriority creditor's name and mailing address
EMPIRE STAPLE, KIM, 200 EAST 55TH AVE #100, DENVER, CO, 80216

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,040.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.87    Nonpriority creditor's name and mailing address
EMPLOYMENT SOLUTIONS PERSONAL SERVICES, 3600 MITCHELL
DRIVE UNIT 50C, FORT COLLINS, CO, 80525

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,629.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.88    Nonpriority creditor's name and mailing address
EMPLOYMENT SOLUTIONS, C/O GAST JOHNSON & MUFFLY, 323
SOUTH COLLEGE AVENUE, SUITE 1, FT COLLINS, CO, 80524

Date or dates debt was incurred

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.89    Nonpriority creditor's name and mailing address
EON OFFICE, CHRIS GENTILE, 60 TEJON STREET, DENVER, CO, 80223

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,390.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.90    Nonpriority creditor's name and mailing address
EXPRESS SERVICES, INC., PO BOX 203901, DALLAS, TX, 75320-3901

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $4,856.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.91    Nonpriority creditor's name and mailing address
FACILITY SOLUTIONS GROUP, TIM MICKEY, PO BOX 896508,
CHARLOTTE, NC, 28289-6508

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $442.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.92    Nonpriority creditor's name and mailing address
FALCON INDUSTRIES, MILOSZ SZPAKOWSKI, 371 CAMPUS DRIVE,
SOMERSET, NJ, 08873

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $4,569.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.93    Nonpriority creditor's name and mailing address
FASTENAL, ATTN: A/R DEPT, PO BOX 1286, WINONA, MN, 55987

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $899.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.94   Nonpriority creditor's name and mailing address
       FED EX NATIONAL LTL, PO BOX 95001, LAKELAND, FL, 33804-5001

       Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $1,181.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.95   Nonpriority creditor's name and mailing address
       FEDERAL EXPRESS, PO BOX 94515, PALATINE, IL, 60094-4515

       Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $1,508.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.96   Nonpriority creditor's name and mailing address
       FLAT IRON PANEL PRODUCTS LLC, 1214 COMMERCE CT. UNIT 100,
       LAFAYETTE, CO, 80026

       Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $10,646.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.97   Nonpriority creditor's name and mailing address
       FLEETWOOD INDUSTRIES, INC., 111 LOGISTICS DRIVE,
       SHOEMAKERSVILLE, PA, 19555

       Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $20,944,173.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
Intercompany Payable

Is the claim subject to offset?
☑ No

☐ Yes

3.98    Nonpriority creditor's name and mailing address
FLEXIBLE MATERIALS INC., DEPT. # 130, P.O. BOX 32160, LOUISVILLE,
KY, 40232-2160

Date or dates debt was incurred

As of the petition filing date, the claim is:    $21,564.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.99    Nonpriority creditor's name and mailing address
FLEXIBLE MATERIALS, INC, C/O THE LAW CENTER, 21213 HAWTHORNE
BLVD, UNIT 5346, TORRANCE, CA, 90503

Date or dates debt was incurred

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.100    Nonpriority creditor's name and mailing address
FRAMA-TECH, 8851 NAVARRE PARKWAY, NAVARRE, FL, 32566

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,067.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.101    Nonpriority creditor's name and mailing address
FRANK PAXTON LUMBER COMPANY LLC, PAXTON HARDWOODS, PO
BOX 74007371, CHICAGO, IL, 60674-7371

Date or dates debt was incurred

As of the petition filing date, the claim is:    $18,231.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.102   Nonpriority creditor's name and mailing address
FRONTIER BUSINESS PRODUCTS, 3250 QUENTIN STREET SUITE 120,
AURORA, CO, 80011

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,283.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.103   Nonpriority creditor's name and mailing address
FUSION CLOUD SERVICES, LLC, PO BOX 51341, LOS ANGELES, CA,
90051-5641

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,566.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Software Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.104   Nonpriority creditor's name and mailing address
GALLAGHER TRANSPORT INTL INC, PO BOX 39005, DENVER, CO, 80239

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $381.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.105   Nonpriority creditor's name and mailing address
GARLANDS INC, 2501 26TH AVENUE S., MINNEAPOLIS, MN, 55406

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $106.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.106   Nonpriority creditor's name and mailing address
GEORGE SEXTON ASSOCIATES, LLC, 2121 WISCONSIN AVENUE, NW
SUITE 220, WASHINGTON, DC, 20007-2270

Date or dates debt was incurred

As of the petition filing date, the claim is:                $5,723.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.107   Nonpriority creditor's name and mailing address
GLOVAL DISPLAYS, JOAN, 7370 NW 36TH AVE, MIAMI, FL, 33147

Date or dates debt was incurred

As of the petition filing date, the claim is:                $47,140.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.108   Nonpriority creditor's name and mailing address
GRAINGER, DEPT 802813006 PO BOX 419267, KANSAS CITY, MO,
64141-6267

Date or dates debt was incurred

As of the petition filing date, the claim is:                $1,992.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.109   Nonpriority creditor's name and mailing address
GREATAMERICA FINANCIAL SERVICES, PO BOX 660831, DALLAS, TX,
75266-0831

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,594.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Software Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.110   Nonpriority creditor's name and mailing address
GREEN GIRL RECYCLING, BRIDGET JOHNSON, PO BOX 324,
JAMESTOWN, CO, 80455

Date or dates debt was incurred

As of the petition filing date, the claim is:    $351.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.111   Nonpriority creditor's name and mailing address
GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO,
80302

Date or dates debt was incurred

As of the petition filing date, the claim is:    $8,887,719.77
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Grey Mountain Subordinated Debt

Is the claim subject to offset?

☑ No

☐ Yes

3.112   Nonpriority creditor's name and mailing address
HADCO METAL TRADING CO., ATTN: MARIANNE PASTOR, 2811 CHATER
RD, PHILADELPHIA, PA, 19154

Date or dates debt was incurred

As of the petition filing date, the claim is:    $276.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.113  Nonpriority creditor's name and mailing address
HAFELE, AMERICA COMPANY, PO BOX 890779, CHARLOTTE, NC, 28289-0779

Date or dates debt was incurred

As of the petition filing date, the claim is:          $11,308.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.114  Nonpriority creditor's name and mailing address
HALLMARK BUILDING SUPPLIES INC, C/O COLLECTION ASSOCIATES, LTD, PO BOX 465, BROOKFIELD, WI, 53008

Date or dates debt was incurred

As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.115  Nonpriority creditor's name and mailing address
HALLMARK BUILDING SUPPLIES, INC, BIN 88970, MILWAUKEE, WI, 53288-0970

Date or dates debt was incurred

As of the petition filing date, the claim is:          $11,816.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.116  Nonpriority creditor's name and mailing address
HARDWOOD SPECIALTY PRODUCTS UL, C/O MILLER COHEN PETERSON YOUNG P.C, ATTN BILL PETERSON, PO BOX 1259, LONGMONT, CO, 80502

Date or dates debt was incurred

As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.117   Nonpriority creditor's name and mailing address
HARDWOODS SPECIALTY PRODUCTS US LP, C/O LAW OFFICES OF
DOUGLAS J. HARTSOUGH, 780 CORNSILK COURT, BRENTWOOD, CA,
94513-2504

Date or dates debt was incurred

As of the petition filing date, the claim is:      $0.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.118   Nonpriority creditor's name and mailing address
HARDWOODS SPECIALTY PRODUCTS US LP, ROB LAGUARDIA, 11402
EAST 53RD AVE, STE 100, DENVER, CO, 80239

Date or dates debt was incurred

As of the petition filing date, the claim is:      $36,792.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.119   Nonpriority creditor's name and mailing address
HEADS INC., PETER HAJDER, 200 FAIRWAY DRIVE, #192, VERNON
HILLS, IL, 60061

Date or dates debt was incurred

As of the petition filing date, the claim is:      $14,492.5
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.120   Nonpriority creditor's name and mailing address
HEARTS ON FIRE, ATTN PAIGE SWITZER, 99 SUMMER STREET, BOSTON,
MA, 02110

Date or dates debt was incurred

As of the petition filing date, the claim is:      $15,703.35
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.121 Nonpriority creditor's name and mailing address
HENRY HANGER COMPANY, HENRY SPITZ, 25 FRONT STREET, UNIT 3I,
NASHUA, NH, 03064

Date or dates debt was incurred

As of the petition filing date, the claim is:          $10,745.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.122 Nonpriority creditor's name and mailing address
HERA LIGHTING LP, STEPHANIE EXT.7, 3025 BUSINESS PARK DRIVE,
NORCROSS, GA, 30071

Date or dates debt was incurred

As of the petition filing date, the claim is:          $6,283.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.123 Nonpriority creditor's name and mailing address
HERMES ABRASIVES LTD., LINDA BLAKE, P.O. BOX 2389, VIRGINIA
BEACH, VA, 23450

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,726.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.124 Nonpriority creditor's name and mailing address
HISCO, A/R, P.O. BOX 679472, DALLAS, TX, 75267-9472

Date or dates debt was incurred

As of the petition filing date, the claim is:          $7,892.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.125 Nonpriority creditor's name and mailing address
HOME DEPOT, PO BOX 6031, THE LAKES, NV, 88901-6031

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

$8,221.19

3.126 Nonpriority creditor's name and mailing address
HUBLOT OF AMERICA, INC., C/O LVMH, ATTN HERSH PATEL, 19 E 57TH ST, NEW YORK, NY, 10022

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?

☑ No

☐ Yes

$0.00

3.127 Nonpriority creditor's name and mailing address
IMPACT FIRE SERVICES, 103 12TH STREET SUITE 200, PFLUGERVILLE, TX, 78660

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,543.31

3.128 Nonpriority creditor's name and mailing address
INDIANA ARCHITECTURAL PLYWOOD, 750 EAST PARK STREET, TRAFALGAR, IN, 46181

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

$16,749.29

3.129  Nonpriority creditor's name and mailing address
INNER GLOBAL INC, 601 S. FIGUEROA ST. SIITE 4050, LOS ANGELES, CA, 90017

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?

☒ No

☐ Yes

$178,935.00

3.130  Nonpriority creditor's name and mailing address
IRON MOUNTAIN, PO BOX 915004, DALLAS, TX, 75391-50041

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☒ No

☐ Yes

$439.64

3.131  Nonpriority creditor's name and mailing address
IWC, A DIVISION OF RICHEMONT CANADA, INC., C/O RICHEMONT NORTH AMERICA, ATTN EMILY ALEXANDER, 645 FIFTH AVENUE, 7TH FL., NEW YORK, NY, 10022

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☒ No

☐ Yes

$80,817.10

3.132  Nonpriority creditor's name and mailing address
JAMES BLASZCYK, 4761 BROADWAY 5E, NEW YORK, NY, 10034

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?

☒ No

☐ Yes

$14,504.17

3.133  Nonpriority creditor's name and mailing address
JESCO LED, LLC., JESCO LIGHTING GROUP, 15 HARBOR PARK DRIVE, PORT WASHINGTON, NY, 11050

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$399.9

---

3.134  Nonpriority creditor's name and mailing address
JMC MANUFACTURING CO, 13519 NW INDUSTRIAL DR, BRIDGETON, MO, 63044

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

$31,547.65

---

3.135  Nonpriority creditor's name and mailing address
JOHN HARDY, ATTN TRE ROBERTS, 330 HUDSON STREET, NEW YORK, NY, 10013

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

$27,694.03

---

3.136  Nonpriority creditor's name and mailing address
JOHNNY WAS, 2423 E. 23RD ST., LOS ANGELES, CA, 90058

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
A/R Credit

Is the claim subject to offset?
☑ No
☐ Yes

$949.6

3.137   Nonpriority creditor's name and mailing address
JOOST INDUSTRIAL INC, PO BOX 39514, DENVER, CO, 80239-0514

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,553.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.138   Nonpriority creditor's name and mailing address
JOSH SCANLAN, 4205 RIVERWALK CIRCLE, JOHNSTOWN, CO, 80534

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $128.4
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.139   Nonpriority creditor's name and mailing address
KENDU POS CORP, JAY RODRIQUEZ, 7850 NW 25TH ST STE 100,
DORAL, FL, 33122

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $12,368.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.140   Nonpriority creditor's name and mailing address
KENSTAN LOCK COMPANY, 101 COMMERCIAL STREET SUITE 100,
PLAINVIEW, NY, 11803

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $5,953.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.141  Nonpriority creditor's name and mailing address
KINGWOOD INTERNATIONAL ENTERPRISES LTD, 181 HOI BUN ROAD
UNIT 1 6/F, ONE HARBOUR SQUARE, KWUN TONG KOWLOON, CHINA

Date or dates debt was incurred

As of the petition filing date, the claim is:         $7,140.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?

☑ No

☐ Yes

---

3.142  Nonpriority creditor's name and mailing address
KLEEN-TECH SERVICES CORPORATION, 7100 N.BROADWAY SUITE 6-L,
DENVER, CO, 80221

Date or dates debt was incurred

As of the petition filing date, the claim is:         $2,157.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

---

3.143  Nonpriority creditor's name and mailing address
L&M CORPORATION DBA BALENTINE COLLECTION INTERNATIONAL,
ATTN MIKE NAVIN, 533 E HOPKINS, SUITE A, ASPEN, CO, 81611

Date or dates debt was incurred

As of the petition filing date, the claim is:         $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?

☑ No

☐ Yes

---

3.144  Nonpriority creditor's name and mailing address
L'OREAL USA, ATTN RYAN HOM, PO BOX 701050, SALT LAKE CITY, UT,
84170

Date or dates debt was incurred

As of the petition filing date, the claim is:         $124,445.97
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.145   Nonpriority creditor's name and mailing address
LAIRD PLASTICS, 4200 CARSON STREET #102, DENVER, CO, 80239

Date or dates debt was incurred

As of the petition filing date, the claim is:          $7,719.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.146   Nonpriority creditor's name and mailing address
LANDSTAR RANGER, INC., VICTOR (VIC) EXT:1571, P.O. BOX 784293, PHILADELPHIA, PA, 19178-4293

Date or dates debt was incurred

As of the petition filing date, the claim is:          $5,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.147   Nonpriority creditor's name and mailing address
LANE SUPPLY COMPANY, 2050 WEST BARBERRY PLACE, DENVER, CO, 80204

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,064.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.148   Nonpriority creditor's name and mailing address
LE PETIT-FILS DE L.U. CHOPARD & CIE SA, CHOPARD US, LTD., C/O CAMPBELL, WAGNER, FRAZIER & DVORCHAK, LLC, ATTN MICHAEL O FRAZIER, 5251 DTC PARKWAY, SUITE 350, GREENWOOD VILLAGE, CO, 80111

Date or dates debt was incurred

As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.149  Nonpriority creditor's name and mailing address
LEDCONN CORPORATION, 301 THOR PLACE, BREA, CA, 92821

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $10,294.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.150  Nonpriority creditor's name and mailing address
LG HAUSYS AMERICA, INC., ATTN: CASH APPLICATION, 900 CIRCLE 75
PARKWAY SE SUITE 1500, ATLANTA, GA, 30339

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $4,068.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.151  Nonpriority creditor's name and mailing address
LOUIS & COMPANY, BLAKE HALL- CREDIT DEPT., PO BOX 2253, BREA,
CA, 92822-2253

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $12,586.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.152  Nonpriority creditor's name and mailing address
LUMIRON INC., MARYAM FERNANDEZ, 20725 NE 16TH AVENUE UNIT
A33, MIAMI, FL, 33179

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $18,011.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.153  Nonpriority creditor's name and mailing address
MAGLOCK SAFE AND VAULT, ZORAN, 14035 HAWES ST., WHITTIER, CA, 90605

Date or dates debt was incurred

As of the petition filing date, the claim is:    $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.154  Nonpriority creditor's name and mailing address
MAGNET SOURCE, MASTER MAGNETICS, INC., 1211 ATCHISON CT., CASTLE ROCK, CO, 80109

Date or dates debt was incurred

As of the petition filing date, the claim is:    $42.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.155  Nonpriority creditor's name and mailing address
MAHARAM, 74 HORSEBLOCK RD, YAPHANK, NY, 11980

Date or dates debt was incurred

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.156  Nonpriority creditor's name and mailing address
MAHARAM, 74 HORSEBLOCK ROAD, YAPHANK, NY, 11980

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,175.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.157   Nonpriority creditor's name and mailing address
MAJILITE CORPORATION, BIN 88513, MILWAUKEE, WI, 53288-0513

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$4,031.64

3.158   Nonpriority creditor's name and mailing address
MALL OF AMERICA, 2131 LINDAU LANE, SUITE 500, BLOOMINGTON,
MN, 55425

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$96.77

3.159   Nonpriority creditor's name and mailing address
MARIS COLLECTIVE, 1507 7TH ST # 88, SANTA MONICA, CA, 90401-
2605

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

$34,731.97

3.160   Nonpriority creditor's name and mailing address
MARK YEAGER, 3003 HOUSTON BLVD, LOUISVILLE, KY, 40220

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

3.161  Nonpriority creditor's name and mailing address
MAYFLOWER SALES, 614 BERGEN STREET, BROOKLYN, NY, 11238

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $8,071.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.162  Nonpriority creditor's name and mailing address
MCMASTER CARR SUPPLY, PO BOX 7690, CHICAGO, IL, 60680-7690

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $15,447.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.163  Nonpriority creditor's name and mailing address
MCNICHOLS CO., CYNDI BOOTH, 3540 MILLER RD. #240, GARLAND, TX, 75041

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $409.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.164   Nonpriority creditor's name and mailing address
MDI TRUCKS NORTHERN COLORADO, 4328 HILLTOP ROAD, LONGMONT,
CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No

☐ Yes

$5,230.18

3.165   Nonpriority creditor's name and mailing address
MEDMEN, ATTN SHERRI SWANSON, 5880 JEFFERSON BLVD, SUITE G,
LOS ANGELES, CA, 90016

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No

☐ Yes

$15,000.00

3.166   Nonpriority creditor's name and mailing address
MEGAWALL, 5340 6 MILE CT. NW, COMSTOCK PARK, MI, 49321

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,014.00

3.167   Nonpriority creditor's name and mailing address
MICHAEL KORS, ONE MEADOWLANDS PLZ EAST, RUTHERFORD, NJ,
07073-2150

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No

☐ Yes

$726.25

3.168  Nonpriority creditor's name and mailing address
MICRO AGE, PO BOX 2941, PHOENIX, AZ, 85062-2941

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $2,145.6
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.169  Nonpriority creditor's name and mailing address
MOMENTUM GROUP, DEPT 8237, LOS ANGELES, CA, 90084-8237

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $3,171.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.170  Nonpriority creditor's name and mailing address
MONARCH METAL FABRICATION, 1700 OCEAN AVE,SUITE 2,
RONKONKOMA, NY, 11716-1728

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $2,203.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.171  Nonpriority creditor's name and mailing address
MOUNTAIN TEMP SERVICES LLC, C/O TRANSWORLD SYSTEMS, INC.,
500 VIRGINIA DR, SUITE 514, FT WASHINGTON, PA, 19034

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.172   Nonpriority creditor's name and mailing address
MOUNTAIN TEMP SERVICES, LLC, P.O. BOX 20, ASPEN, CO, 81612-0020

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $175.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.173   Nonpriority creditor's name and mailing address
MSC INDUSTRIAL SUPPLY CO. INC., MIKE GILMORE, PO BOX 953635
ST., LOUIS, MO, 63195-3635

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $978.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.174   Nonpriority creditor's name and mailing address
MSJS RECYCLING, 7000 E 58TH AVE. UNIT J, COMMERCE CITY, CO,
80022

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $66.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.175   Nonpriority creditor's name and mailing address
MYHA ARCHITECTURAL GLASS, MIKE CAHILL, 7621 W ROOSEVELT
ROAD, FOREST PARK, IL, 60130

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $18,163.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.176   Nonpriority creditor's name and mailing address
NATIONAL WOOD PRODUCTS INC, STEVE SCHMIDT, PO BOX 65599,
SALT LAKE CITY, UT, 65599

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $32,175.21
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.177   Nonpriority creditor's name and mailing address
NATIONAL WOOD PRODUCTS, INC., C/O WADSWORTH GARBER
WARNER CONRARDY, P.C., ATTN DAVID J. WARNER, 2580 W MAIN ST,
STE 200, LITTLETON, CO, 80120

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $0.00
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.178   Nonpriority creditor's name and mailing address
NATIONWIDE ARCHITECTURAL METALS, CLAUDE HICKEL, 231 9TH ST
LANE, SE HICKORY, NC, 28602

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $11,409.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.179   Nonpriority creditor's name and mailing address
NCS, PO BOX 24101, CLEVELAND, OH, 44124

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $648.70
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.180   Nonpriority creditor's name and mailing address
NEIMAN MARCUS INTERIOR FINISHES, ATTN EXPENSE PAYABLES,
RENAISSANCE TOWER, 1201 ELM STREET, SUITE 2700, DALLAS, TX,
75270

Date or dates debt was incurred

As of the petition filing date, the claim is:     $145,088.53
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.181   Nonpriority creditor's name and mailing address
NEW PIG, ONE PORK AVENUE, TIPTON, PA, 16684-0304

Date or dates debt was incurred

As of the petition filing date, the claim is:     $544.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.182   Nonpriority creditor's name and mailing address
NICOLAE LLC, NICOLAE TODERICA, 7705 CRESTVIEW DR, LONGMONT,
CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:     $6,844.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Rent Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.183   Nonpriority creditor's name and mailing address
NICONAT MFG CORP, 2624 YATES AVE, COMMERCE, CA, 90040

Date or dates debt was incurred

As of the petition filing date, the claim is:     $114,236.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.184    Nonpriority creditor's name and mailing address
NORDSTROM STORE DESIGN, ATTN ELIZABETH GARZA, 1700 SEVENTH
AVE., SEATTLE, WA, 98101

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $293,372.63
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.185    Nonpriority creditor's name and mailing address
NORTHERN SAFETY & INDUSTRIAL, ATTN: TERESA FIORENTINO, PO
BOX 4250, UTICA, NY, 13504

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.186    Nonpriority creditor's name and mailing address
NORTHERN SAFETY CO. INC, 232 INDUSTRIAL PARK DRIVE,
FRANKFORT, NY, 13340

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $34.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.187    Nonpriority creditor's name and mailing address
NORTHWEST PARKWAY LLC, 3701 NORTHWEST PARKWAY,
BROOMFIELD, CO, 80023

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $8.9
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Tolls Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.188  Nonpriority creditor's name and mailing address
OAKWOOD VENEER CO, 1830 STEPHENSON HWY, TROY, MI, 48083

Date or dates debt was incurred

As of the petition filing date, the claim is:        $8,440.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.189  Nonpriority creditor's name and mailing address
OAKWOOD VENEER COMPANY CORP, C/O ATRADIUS COLLECTIONS,
3500 LACEY ROAD, SUITE 220, DOWNERS GROVE, IL, 60515

Date or dates debt was incurred

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.190  Nonpriority creditor's name and mailing address
OFFICINE PANERAI, 645 FIFTH AVENUE 5TH FLOOR, NEW YORK, NY,
10022

Date or dates debt was incurred

As of the petition filing date, the claim is:        $9,860.99
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.191  Nonpriority creditor's name and mailing address
OLDCASTLE BUILDING ENVELOPE, CAROLYN DOYCL (A/R), PO BOX
742806, LOS ANGELES, CA, 90074-28006

Date or dates debt was incurred

As of the petition filing date, the claim is:        $2,052.4
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.192  Nonpriority creditor's name and mailing address
OMNIFY LIGHTING, 2700 JOHN STREET, MARKAHM, ON, L3R 9W4,
CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $8,175.6
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.193  Nonpriority creditor's name and mailing address
OMNOVA SOLUTIONS INC, 21119 NEWORK PL, CHICAGO, IL, 60673-
1211

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $1,459.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.194  Nonpriority creditor's name and mailing address
OMNOVA SOLUTIONS, INC, C/O NACM, 751 PLAZA BLVD, COPPELL, TX,
75019

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.195  Nonpriority creditor's name and mailing address
OPTOLUM INC, KAREN BAKER, 1407 WEST 10TH PLACE SUITE 107,
TEMPE, AZ, 85281

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $6,815.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.196   Nonpriority creditor's name and mailing address
PA DEPT OF REVENUE, C/O PENN CREDIT CORP, 7200 S ALTON WAY,
STE B-180, CENTENNIAL, CO, 80112

Date or dates debt was incurred

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.197   Nonpriority creditor's name and mailing address
PANALPINA INC., TAMMY MCGOVERN, P.O. BOX 7247-6404,
PHILADELPHIA, PA, 19170-6404

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,303.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.198   Nonpriority creditor's name and mailing address
PARADISE ART GLASS, SHANNON MUSE, 289 SOPRIS AVE,
CARBONDALE, CO, 81623

Date or dates debt was incurred

As of the petition filing date, the claim is:    $130.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.199   Nonpriority creditor's name and mailing address
PBC LINEAR, REMITTANCE PROCESSING, P.O. BOX 7265, ROCKFORD, IL,
61126

Date or dates debt was incurred

As of the petition filing date, the claim is:    $7,813.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.200   Nonpriority creditor's name and mailing address
PEGASUS LOGISTICS GROUP, INC., BARBARA WOOLEY, PO BOX 679018,
DALLAS, TX, 75267

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $40,333.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?

☑ No

☐ Yes

---

3.201   Nonpriority creditor's name and mailing address
PHOENIX METALWORKS, JOHN HUCKABEE, 1135 DUNLAVY RD, CAT
SPRING, TX, 78933

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,014.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?

☑ No

☐ Yes

---

3.202   Nonpriority creditor's name and mailing address
PIAGET, NORTH AMERICA, 645 5TH AVE, NEW YORK, NY, 10022

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,953.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☑ No

☐ Yes

---

3.203   Nonpriority creditor's name and mailing address
PIEDMONT PLASTICS, HOLLY, PO BOX 845649, LOS ANGELES, CA,
90084-5649

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.204  Nonpriority creditor's name and mailing address
PILOT FREIGHT SERVICES, ATTN: WENDI IMHOF, 2 BRAXTON WAY, STE 400, GLEN MILLS, PA, 19342

Date or dates debt was incurred

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.205  Nonpriority creditor's name and mailing address
PILOT FREIGHT SERVICES, PO BOX 654058, DALLAS, TX, 75265-4058

Date or dates debt was incurred

As of the petition filing date, the claim is: $6,997.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.206  Nonpriority creditor's name and mailing address
PITNEY BOWES GLOBAL FINANICAL SERVICES, PO BOX 371887, PITTSBURGH, PA, 15250-7887

Date or dates debt was incurred

As of the petition filing date, the claim is: $226.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.207  Nonpriority creditor's name and mailing address
PITNEY BOWES PURCHASE POWER, PO BOX 371874, PITTSBURGH, PA, 15250-7874

Date or dates debt was incurred

As of the petition filing date, the claim is: $40.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.208  Nonpriority creditor's name and mailing address
POWER TRANSMISSION SPECIALTIES, MARY LOU DOLL, 6425
WASHINGTON #10, DENVER, CO, 80229

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$2,085.89

3.209  Nonpriority creditor's name and mailing address
PRECISION KNIFE AND TOOL, SOJAN, 200 COMMERCE DRIVE, SUITE B,
FORT COLLINS, CO, 80524

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,323.34

3.210  Nonpriority creditor's name and mailing address
PRECISION MILLWORK INSTALLATIONS, LLC, 923 VISTA COURT GRAND,
JUNCTION, CO, 81506

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$42,700.74

3.211  Nonpriority creditor's name and mailing address
PREFERRED PACKAGING PRODUCTS, INC., 2950 COLORFUL AVE #102,
LONGMONT, CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$7,204.51

3.212  Nonpriority creditor's name and mailing address
PRES-ON, PO BOX 88650, CHICAGO, IL, 60680-1650

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $700.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.213  Nonpriority creditor's name and mailing address
PRO COPY, 510 11TH AVENUE, LONGMONT, CO, 80501

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $484.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.214  Nonpriority creditor's name and mailing address
PROBUILD COMPANY LLC, C/O ARNOLD & ARNOLD LLP, ATTN JEAN C
ARNOLD, 7691 SHAFFER PKWY, SUITE A, LITTLETON, CO, 80127

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.215  Nonpriority creditor's name and mailing address
PROFESSIONAL RETAIL OUTLET SERVICES, CHRIS KASTANOS, 2655 E
OAKLEY PARK RD STE 201, COMMERCE TWP, MI, 48390

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.216   Nonpriority creditor's name and mailing address
PROTECH POWDER COATING, 11060 IRMA DR, NORTHGLENN, CO, 80233

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $3,460.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.217   Nonpriority creditor's name and mailing address
QUALITY WOODWORKING AND STORE FIXTURES, DANNY CARRION, 11539 FOX CROSS RD, ASHLAND, VA, 23005

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $11,725.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.218   Nonpriority creditor's name and mailing address
QUICKSILVER EXPRESS COURIER, C/O CMI CREDIT MEDIATORS INC., PO BOX 456, UPPER DARBY, PA, 19082

Date or dates debt was incurred

As of the petition filing date, the claim is:                                    $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.219   Nonpriority creditor's name and mailing address
QUICKSILVER FREIGHT & COURIER, DEBI MARIN, PO BOX 64417, ST. PAUL, MN, 55164-0417

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $19,382.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.220   Nonpriority creditor's name and mailing address
R&A ENTERPRISES OF CARBONDALE INC, 5317 COUNTY RD 154 STE 201, GLENWOOD SPRINGS, CO, 81601

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,012.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.221   Nonpriority creditor's name and mailing address
RADIANT GLOBAL LOGISTICS, INC., CLARA THOMAS, PO BOX 844722, DALLAS, TX, 75284-4722

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $46,836.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.222   Nonpriority creditor's name and mailing address
RALPH'S POWER SEWING MACHINE INC., PEGGY, PO BOX 11307 2030 CLAY ST., DENVER, CO, 80211

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $497.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.223  Nonpriority creditor's name and mailing address
REVLITE TECHNOLOGIES INC, 50 IRONSIDE CRES, UNIT 4, TORONTO, ON, M1X 1G4, CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:          $9,083.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.224  Nonpriority creditor's name and mailing address
RICHELIEU HARDWARE, 7021 STERLING PONDS BLVD, STERLING HEIGHTS, MI, 48312-5809

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,164.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.225  Nonpriority creditor's name and mailing address
RIO GRANDE CO., BUILDING MATERIAL DIVISION 201 SANTA FE DRIVE, DENVER, CO, 80223

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,253.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.226  Nonpriority creditor's name and mailing address
RIVER CITY GLASS INC, 3550 WEST 145TH STREET UNIT 2, BURNSVILLE, MN, 55306

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,370.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.227    Nonpriority creditor's name and mailing address
ROCKY MOUNTAIN ADHESIVES, 5150 HAVANA STREET, UNIT C,
DENVER, CO, 80239

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$4,398.93

3.228    Nonpriority creditor's name and mailing address
ROCKY MOUNTAIN ARCHITECTUAL SOLUTIONS, 706 FRONT RANGE
ROAD, LITTLETON, CO, 80120

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$448.41

3.229    Nonpriority creditor's name and mailing address
ROCKY MOUNTAIN WATERJET AND LASER, 2218 4TH AVE, GREELEY,
CO, 80631

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$5,231.35

3.230    Nonpriority creditor's name and mailing address
ROY METAL PRODUCTS INC, ROBERT MORENCY, 52 MORIGEAU BLVD.,
ST. FRANCOIS RIV. SUD, QC, G0R 3A0, CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

$106,579.29

3.231   Nonpriority creditor's name and mailing address
RYERSON, 24487 NETWORK PLACE, CHICAGO, IL, 60673-1244

As of the petition filing date, the claim is:          $424.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.232   Nonpriority creditor's name and mailing address
RYERSON, C/O JOSEPH T RYERSON & SON INC, 455 85TH AVENUE NW,
MINNEAPOLIS, MN, 55433

As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.233   Nonpriority creditor's name and mailing address
SADDLEBACK DISTRIBUTING, LLC, STEVE WARREN, 5460 W. CARYL
AVE, LITTLETON, CO, 80128

As of the petition filing date, the claim is:          $90,571.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

3.234   Nonpriority creditor's name and mailing address
SCHACHT MILL WORKS, DAN SCHACHT, 1255 DISTEL DRIVE, UNIT B,
LAFAYETTE, CO, 80026

As of the petition filing date, the claim is:          $25,575.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.235  Nonpriority creditor's name and mailing address
SCM GROUP NORTH AMERICA, SCM GROUP NORTH AMERICA, DEPT
3318 P.O. BOX 2153, BIRMINGHAM, AL, 35287-3318

Date or dates debt was incurred

As of the petition filing date, the claim is:    $275.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.236  Nonpriority creditor's name and mailing address
SEALCON, 7374 S. EAGLE STREET, CENTENNIAL, CO, 80112-4221

Date or dates debt was incurred

As of the petition filing date, the claim is:    $469.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.237  Nonpriority creditor's name and mailing address
SEARS TROSTEL, STEVE SCHWARTZ, 125 AIRPARK DRIVE, FORT
COLLINS, CO, 80524

Date or dates debt was incurred

As of the petition filing date, the claim is:    $18,037.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.238  Nonpriority creditor's name and mailing address
SELECT TRANSPORTATION CORPORATION, UNITED SHIPPERS
ASSOCIATES, PO BOX 146, RAHWAY, NJ, 07065

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,144.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.239  Nonpriority creditor's name and mailing address
SELF LIGHTING, ALEX BURTON, 3264 SATURN CT PEACHTREE,
CORNERS, GA, 30092

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$39,405.58

3.240  Nonpriority creditor's name and mailing address
SENSEON BY ACCURIDE, ACCURIDE INTERNATIONAL, INC., 12311
SHOEMAKER AVE, SANTA FE SPRINGS, CA, 90670

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$532.44

3.241  Nonpriority creditor's name and mailing address
SERVICE EXPERTS, 1929 NELSON RD., LONGMONT, CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

$76.00

3.242  Nonpriority creditor's name and mailing address
SEYMOUR & ASSOCIATES, 5542 MOONSHADOW ST., SIMI VALLEY, CA,
93063

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

$55,000.00

3.243  Nonpriority creditor's name and mailing address
SHANGHAI SHINSHOP ARTS & CRAFTS CO., LTD, TINA PAN, NO.258
XUANLAN ROAD PUDONG NEW DISTRICT, SHANGHAI, 201300, CHINA

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,979.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.244  Nonpriority creditor's name and mailing address
SHERWIN WILLIAMS, 1501 WEST EVANS AVENUE, DENVER, CO, 80223

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $9.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.245  Nonpriority creditor's name and mailing address
SIERRA FOREST PRODUCTS, MICHELLE HIGHL A/R, PO BOX 25933,
SALT LAKE CITY, UT, 84125-0933

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $71,559.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.246  Nonpriority creditor's name and mailing address
SITELINE CARPENTRY, TOM FRANG - PERSIDENT, 14815 SOUTH
MCKINLEY AVE., POSEN, IL, 60469

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $80,747.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.247  Nonpriority creditor's name and mailing address
SOLID GROUNDS, 1885 VISTA VIEW DRIVE, UNIT A, LONGMONT, CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?

☑ No

☐ Yes

$2,770.7

3.248  Nonpriority creditor's name and mailing address
SOUERS CUSTOM PLASTICS & PRINT, 915 26TH AVE NW BUILDING A, GIG HARBOR, WA, 98335

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

$39,974.58

3.249  Nonpriority creditor's name and mailing address
SOUTHWEST SIGN CO., KAREN HENDERSHOT, 1852 POMONA RD., CORONA, CA, 92880

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

$12,902.65

3.250  Nonpriority creditor's name and mailing address
SPECIALIZED PRODUCTS SUPPLY L.L.C., ALLEN S., 665 EAST 70TH AVE. UNIT #6, DENVER, CO, 80229

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

$948.61

3.251   Nonpriority creditor's name and mailing address
SPECTRUM SCREEN PRINT AND DESIGN, 4258 KEARNEY STREET,
DENVER, CO, 80216

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,440.00

3.252   Nonpriority creditor's name and mailing address
ST. VRAIN SANITATION DISTRICT, 11307 BUSINESS PARK CIRCLE,
LONGMONT, CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Utility Claim

Is the claim subject to offset?
☑ No
☐ Yes

$710.1

3.253   Nonpriority creditor's name and mailing address
STANLEY CONVERGENT SECURITY SOLUTIONS INC, DEPT CH 10651,
PALATINE, IL, 60055-0651

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

$474.53

3.254   Nonpriority creditor's name and mailing address
STAPLES BUSINESS ADVANTAGE, CUSTOMER SERVICE, DEPT DAL
3368 PO BOX 83689, CHICAGO, IL, 60696-3689

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,454.71

3.255  Nonpriority creditor's name and mailing address
STC LOGISTICS, 100 WALNUT AVE, SUITE 602, CLARK, NJ, 07065

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.256  Nonpriority creditor's name and mailing address
STILES MACHINERY, RON KAEMINGK, 3944 SOLUTIONS CENTER,
CHICAGO, IL, 60677-3009

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $6,076.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.257  Nonpriority creditor's name and mailing address
SUREWAY TOOL, JARED SWANSON, 1950 N. MANNHEIM RD., MELROSE
PARK, IL, 60160

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $7,922.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.258  Nonpriority creditor's name and mailing address
SURFACE ARMOR LLC, 2007-A INDUSTRIAL BLVD., ROCKWELL, TX,
75087

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $660.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.259  Nonpriority creditor's name and mailing address
SWAVELLE HOSPITALITY LLC, ROSENTHAL & ROSENTHAL, INC, P.O.
BOX 88926, CHICAGO, IL, 60695

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$742.63

3.260  Nonpriority creditor's name and mailing address
TEAMSCREEN SOULUTIONS LLC, P.O. BOX 25830, SHAWNEE MISSION,
KS, 66225

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

$49.85

3.261  Nonpriority creditor's name and mailing address
TERMINIX COMMERCIAL, TERMINIX PROCESSING CENTER, P.O. BOX
742592, CINCINNATI, OH, 45274-2592

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

$118.00

3.262  Nonpriority creditor's name and mailing address
THE BALENTINE COLLECTION, AYE SCARSINI, 398 MERRILL AVENUE,
CARBONDALE, CO, 81623

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$14,608.72

3.263  Nonpriority creditor's name and mailing address
THE ELEMENT GROUP INC., TROY GILBERT, 155 BREWERY LANE, SUITE 1, PORTSMOUTH, NH, 03801

Date or dates debt was incurred

As of the petition filing date, the claim is:  $965.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.264  Nonpriority creditor's name and mailing address
THE MAX GROUP INC,, 200 KNUTH ROAD SUITE 202, BOYNTON BEACH, FL, 33436

Date or dates debt was incurred

As of the petition filing date, the claim is:  $33,510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.265  Nonpriority creditor's name and mailing address
THE PINETREE GROUP, PETER MULBERGER, 301 NORTH 15TH STREET, COLORADO SPRINGS, CO, 80904

Date or dates debt was incurred

As of the petition filing date, the claim is:  $215.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.266  Nonpriority creditor's name and mailing address
THUNDER TOOL CORP, 2800 S. 18TH AVE, BROADVIEW, IL, 60155

Date or dates debt was incurred

As of the petition filing date, the claim is:  $12,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.267  Nonpriority creditor's name and mailing address
TOM FORD INTERNATIONAL, 595 MADISON AVE, 18TH FLOOR, NEW
YORK, NY, 10022

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

$6,626.00

3.268  Nonpriority creditor's name and mailing address
TRAK CONCEPTS, INC., DANIEL TIPTON, PMB 506 992 S. 4TH AVE
SUITE 100, BRIGHTON, CO, 80601

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$9,730.00

3.269  Nonpriority creditor's name and mailing address
TRUMP CARD CALIFORNIA INC, ACCOUNTING, 23807 ALISO CREEK
ROAD SUITE 200, LAGUNA NIGUEL, CA, 92677

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

$11,813.12

3.270  Nonpriority creditor's name and mailing address
UE COMPRESSION, 5101 1000 SOUTH MCCASLIN BLVD., SUPERIOR, CO,
80027

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$3,875.06

3.271   Nonpriority creditor's name and mailing address
ULINE, P.O. BOX 88741, CHICAGO, IL, 60680-1741

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $320.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.272   Nonpriority creditor's name and mailing address
ULYSSE NARDIN, ATTN GISELA NAVARRO-PRINA, 7900 GLADES ROAD,
BOCA RATON, FL, 33434

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
A/R Credit

Is the claim subject to offset?

☑ No

☐ Yes

3.273   Nonpriority creditor's name and mailing address
ULYSSE NARDIN, ATTN GISELA NAVARRO-PRINA, 7900 GLADES ROAD,
BOCA RATON, FL, 33434

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $46,125.05
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?

☑ No

☐ Yes

3.274   Nonpriority creditor's name and mailing address
UNDERWRITERS LABORATORY, 75 REMITTANCE DRIVE, SUITE 1524,
CHICAGO, IL, 60675-1524

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No

☐ Yes

$1,198.00

---

3.275   Nonpriority creditor's name and mailing address
UNITED PARCEL SERVICE, LOCKBOX 577, CAROL STREAM, IL, 60132-
0577

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No

☐ Yes

$1,680.1

---

3.276   Nonpriority creditor's name and mailing address
UNITED POWER, PO BOX 173703, DENVER, CO, 80217-3703

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Utility Claim

Is the claim subject to offset?
☑ No

☐ Yes

$16,926.11

---

3.277   Nonpriority creditor's name and mailing address
UNITED RENTALS, ATTN: AR, PO BOX 840514, DALLAS, TX, 75284-0514

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Lease Claim

Is the claim subject to offset?
☑ No

☐ Yes

$2,838.77

3.278  Nonpriority creditor's name and mailing address
UNITED TRANSPORTATION SERVICES, INC, 3300 S. PARKER ROAD,
SUITE 305, AURORA, CO, 80014

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $41,455.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.279  Nonpriority creditor's name and mailing address
UPS SUPPLY CHAIN SOLUTIONS, UPS/IPS SCS DALLAS, PO BOX
730900, DALLAS, TX, 75373-0900

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,542.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.280  Nonpriority creditor's name and mailing address
UQM, 4120 SPECIALTY PLACE, LONGMONT, CO, 80504

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $5,512.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Rent Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.281  Nonpriority creditor's name and mailing address
US PLASTIC CORP, 1390 NEUBRECHT ROAD, LIMA, OH, 45801

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $20.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.282   Nonpriority creditor's name and mailing address
VEOLIA ENVIRONMENTAL SERVICES, DEPT 73709, CHICAGO, IL, 60673-7709

Date or dates debt was incurred

As of the petition filing date, the claim is:          $5,301.75
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.283   Nonpriority creditor's name and mailing address
VIDEO TRONIX, INC., 401 WEEST TRAVELERS TRAIL, BURNSVILLE, MN, 55337

Date or dates debt was incurred

As of the petition filing date, the claim is:          $795.94
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Software Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.284   Nonpriority creditor's name and mailing address
VISPLAY, 7528 WALKER WAY, ALLENTOWN, PA, 18106

Date or dates debt was incurred

As of the petition filing date, the claim is:          $601.91
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.285   Nonpriority creditor's name and mailing address
VR INSTALL LLC, PO BOX 3263, EAGLE, CO, 81631

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,665.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Installer Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.286 Nonpriority creditor's name and mailing address
WASHINGTON METAL FABRICATORS, 6555 MEYER DR, WASHINGTON, MO, 63090

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No
☐ Yes

$25,918.21

3.287 Nonpriority creditor's name and mailing address
WEIMA AMERICA, INC., JOHN PAHL, 3678 CENTRE CIRCLE, FORT MILL, SC, 29715

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No
☐ Yes

$710.87

3.288 Nonpriority creditor's name and mailing address
WEINIGUSA.COM, 124 CROSSLAKE PARK DRIVE PO BOX 3158, MOORESVILLE, NC, 28117

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

$201.45

3.289 Nonpriority creditor's name and mailing address
WELD COUNTY CLERK & RECORDER, PO BOX 459, GREELEY, CO, 80632

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Tax Claim

Is the claim subject to offset?
☑ No
☐ Yes

$540.91

3.290  Nonpriority creditor's name and mailing address
WELD-WRIGHT FABRICATORS, AARON KAEMINGK, 4004 SOUTH CLAY
STREET, ENGLEWOOD, CO, 80110

Date or dates debt was incurred

As of the petition filing date, the claim is:                               $74,546.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Products Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.291  Nonpriority creditor's name and mailing address
WESTERN DISPOSAL, PO BOX 174466, DENVER, CO, 80217-4466

Date or dates debt was incurred

As of the petition filing date, the claim is:                               $2,243.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Professional Services Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.292  Nonpriority creditor's name and mailing address
WESTERN TOOL & SUPPLY CO., KENDRA POWERS, PO BOX 2420,
LIVERMORE, CA, 94551-2420

Date or dates debt was incurred

As of the petition filing date, the claim is:                               $3,503.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.293  Nonpriority creditor's name and mailing address
WESTERN TOOL, SCOTT KRUSE, 7279 WEST 52ND AVENUE, ARVADA,
CO, 80002

Date or dates debt was incurred

As of the petition filing date, the claim is:                               $1,592.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Supplier Claim

Is the claim subject to offset?
☑ No

☐ Yes

3.294  Nonpriority creditor's name and mailing address
WESUPPLYDIY.COM, 82 JOHN PLACE, BERGENFIELD, NJ, 07621

Date or dates debt was incurred

As of the petition filing date, the claim is:          $47.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.295  Nonpriority creditor's name and mailing address
WEYERHAEUSER, NR COMPANY PO BOX 843568, DALLAS, TX, 75284-3568

Date or dates debt was incurred

As of the petition filing date, the claim is:          $3,591.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Materials Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.296  Nonpriority creditor's name and mailing address
WINDSOR FINE JEWELERS, ATTN MICHAEL ZIBMAN, GM, 2635 WASHINGTON ROAD, AUGUSTA, GA, 30904

Date or dates debt was incurred

As of the petition filing date, the claim is:          $89,999.16
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

3.297  Nonpriority creditor's name and mailing address
XPO GLOBAL LOGISTICS, VALERIE ANDERSON, 27839 NETWORK PLACE, CHICAGO, IL, 60673-1278

Date or dates debt was incurred

As of the petition filing date, the claim is:          $18,875.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Logistics Claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

4.1. _____          Line _____          _____

☐ Not listed. Explain

_____

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|
| 5a. Total claims from Part 1 | 5a. $197,349.83 |
| 5b. Total claims from Part 2 | 5b. $44,238,340.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $44,435,690.25 |

Fill in this information to identify the case:

**Debtor name: High Country Millwork, Inc.**

**United States Bankruptcy Court for the: District of Delaware**

**Case number: 19-12331**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| Schedule G: | **Executory Contracts and Unexpired Leases** |
|---|---|

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | 4076 SPECIALTY PLACE, LLC., 121 W. LONG LAKE ROAD, BLOOMFIELD, MI 48304 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFICATE OF LIABILITY INSURANCE | ACUITY, A MUTUAL INSURANCE COMPANY, THE LOOMIS COMPANY P&C DIVISION, 2800 S. TAYLOR DRIVE, SHEBOYGAN, WI 53081 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SIGNED OFFER LETTER | BENICIO DEL TORO, 1620 SUTTON PL, BOLINGBROOK, IL 60490 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CITIZENS BANK BUSINESS SIGNATURE CARD | CITIZENS BANK, 1 CITIZENS DRIVE, RIVERSIDE, RI 02915 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY #596762520 (D&O) | CONTINENTAL INSURANCE COMPANY, 10375 PARK MEADOWS DRIVE, SUITE 300, LITTLETON, CO 80124 |
|---|---|---|---|
| | State the term remaining | 52 Days | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY #6050473677 (GL) | CONTINENTAL INSURANCE COMPANY, 10375 PARK MEADOWS DRIVE, SUITE 300, LITTLETON, CO 80124 |
|---|---|---|---|
| | State the term remaining | 49 Days | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY #6050473646 (UMBRELLA) | CONTINENTAL INSURANCE COMPANY, 10375 PARK MEADOWS DRIVE, SUITE 300, LITTLETON, CO 80124 |
|---|---|---|---|
| | State the term remaining | 49 Days | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL RE: SEASIDE LUXE - CANYON RANCH - BOUTIQUES | FWDCI, 133 KEARNY STREET, SUITE 304, SAN FRANCISCO, CA 94106 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE AGREEMENT | HCF, LLC, DALE RANDS, 4076 SPECIALTY PLACE, LONGMONT, CO 80504 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE AGREEMENT | HCF, LLC, MEMBERS, 4076 SPECIALTY PLACE, LONGMONT, CO 80504 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS LEASE | NICOLAE LLC, 7705 CRESTVIEW DR, LONGMONT, CO 80504 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LEASE | NICOLAE LLC, 7705 CRESTVIEW DR, LONGMONT, CO 80504 |
|---|---|---|---|
| | State the term remaining | 383 Days | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | PERFORMANCE BOND | PLATTE RIVER INSURANCE COMPANY, PO BOX 5900, MADISON, WI 53705 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY | TRAVELERS CORP., ONE TOWER SQUARE, HARTFORD, CT 06183 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE | UQM TECHNOLOGIES, INC., 4120 SPECIALTY PLACE, LONGMONT, CO 80504 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY #6050473663 (AUTO) | VALLEY FORGE INSURANCE COMPANY, 151 N FRANKLIN ST., CHICAGO, IL 60606 |
|---|---|---|---|
| | State the term remaining | 49 Days | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY #6057106896 (WORKERS COMP) | VALLEY FORGE INSURANCE COMPANY, 151 N FRANKLIN ST., CHICAGO, IL 60606 |
|---|---|---|---|
| | State the term remaining | 117 Days | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: **High Country Millwork, Inc.**

United States Bankruptcy Court for the: District of Delaware

Case number: **19-12331**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT 06901 | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT 06901 | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT 06901 | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D<br>☐ E/F<br>☐ G |
| 2.5  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D<br>☐ E/F<br>☐ G |
| 2.6  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D<br>☐ E/F<br>☐ G |

| | | | |
|---|---|---|---|
| 2.7  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D  ☐ E/F  ☐ G |
| 2.8  FLEETWOOD ACQUISITION CORP. | 111 LOGISTICS DRIVE, SHOEMAKERSVILLE, PA 19555 | GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☐ D  ☑ E/F  ☐ G |
| 2.9  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT 06901 | ☑ D  ☐ E/F  ☐ G |
| 2.10  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT 06901 | ☑ D  ☐ E/F  ☐ G |
| 2.11  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | BROOKSIDE MEZZANINE PARTNERS, 201 TRESSER BOULEVARD, SUITE 300, STAMFORD, CT 06901 | ☐ D  ☑ E/F  ☐ G |
| 2.12  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D  ☐ E/F  ☐ G |
| 2.13  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D  ☐ E/F  ☐ G |
| 2.14  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D  ☐ E/F  ☐ G |
| 2.15  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | FIXTURES HOLDINGS LP, C/O GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☑ D  ☐ E/F  ☐ G |
| 2.16  FLEETWOOD INDUSTRIES, INC. | 4076 SPECIALTY PLACE, LONGMONT, CO 80504 | GREY MOUNTAIN PARTNERS, 1470 WALNUT, SUITE 400, BOULDER, CO 80302 | ☐ D  ☑ E/F  ☐ G |

Fill in this information to identify the case:

Debtor name: High Country Millwork, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 19-12331

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206G)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

12/15/2019
_____
Executed on

/s/ Sean McNeal
_____
Signature of individual signing on behalf of debtor
Sean McNeal
_____
Printed name
Chief Financial Officer
_____
Position or relationship to debtor